TSUGAWA LAU & MUZZI LLLC
A Hawaii Limited Liability Law Company
CHRISTOPHER J. MUZZI        6939
LEILA ROTHWELL SULLIVAN 7626
1132 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone No.: (808) 531-0490
Facsimile No.: (808) 534-0202
Email:  cmuzzi@hilaw.us
Email:  lrs@hilaw.us

Special Counsel for Debtors/Plaintiffs
PACIFIC LINKS U.S. HOLDINGS, INC.;
HAWAII MVCC LLC; HAWAII MGCW LLC;
MDRE LLC; MDRE 2 LLC; MDRE 3 LLC;
MDRE 4 LLC; and MDRE 5 LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>Debtor. | Case No. 21-00094<br>Chapter 11<br>(Jointly Administered - Lead Case) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |
| PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC,<br><br>Plaintiffs, | Adversary Proceeding No. 21-90009 |

vs.

TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),

    Defendant.

## DECLARATION OF CHRISTOPHER J. MUZZI

I, CHRISTOPHER J. MUZZI, declare under the penalty of perjury that the following is true and correct to the best of my knowledge and that this declaration is based upon my personal observation and/or information personally obtained by me, and further, that I would be competent to testify to the matters contained herein at the trial of this case:

1. I am one of the attorneys for Debtors PACIFIC LINKS U.S. HOLDINGS, INC., HAWAII MVCC LLC, HAWAII MGCW LLC, MDRE LLC, MDRE 2 LLC, MDRE 3 LLC, MDRE 4 LLC and MDRE 5 LLC, in the above referenced case.

2. Attached hereto as Exhibit 1 is a true and correct copy of Proof of Claim No. 13, without attachments, filed by Tianjin Dinghui Hongjun Equity Investment Partnership ("TDH").

3. Attached hereto as Exhibit 2 is a true and correct copy of Proof of Claim No. 14, without attachments, filed by TDH.

4. Attached hereto as Exhibit 3 is a true and correct copy of Proof of Claim No. 15, without attachments, filed by TDH.

5. Attached hereto as Exhibit 4 is a true and correct copy of Proof of Claim No. 16, without attachments, filed by TDH.

6. Attached hereto as Exhibit 5 is a true and correct copy of Proof of Claim No. 17, without attachments, filed by TDH.

7. Attached hereto as Exhibit 6 is a true and correct copy of Proof of Claim No. 18, without attachments, filed by TDH.

8. Attached hereto as Exhibit 7 is a true and correct copy of Proof of Claim No. 19, without attachments, filed by TDH.

9. Attached hereto as Exhibit 8 is a true and correct copy of Proof of Claim No. 20, without attachments, filed by TDH.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Complaint; Exhibits 1-7; Summons, filed in the Circuit Court of the First Circuit of the State of Hawaii on January 21, 2021, 1CCV-21-0000082 (the "Foreclosure Action"), without attachments, seeking to foreclose the Mortgages based on an obligation created by the Secured Guaranty.

11. Attached hereto as Exhibit 10 is a true and correct copy of a printout from the State of Hawaii, Department of Commerce and Consumer Affairs' website

of TDH's registration as a foreign partnership and designation of an agent for service of process

I, CHRISTOPHER J. MUZZI, declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, May 27, 2021.

                                                    /s/ Christopher J. Muzzi
                                                    CHRISTOPHER J. MUZZI