# EXHIBIT 6

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 12-7   Filed  05/27/21   Page 1 of 6

Debtor 1  MDRE 3 LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Hawaii

Case number  21-00099

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. Who is the current creditor?

   TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP)
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. Has this claim been acquired from someone else?

   ☑ No
   ☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**

   Case Lombardi & Pettit, Ted N. Pettit, Esq.
   Name

   737 Bishop St., Suite 2600
   Number    Street

   Honolulu        HI      96813
   City           State    ZIP Code

   Contact phone (808) 547-5400

   Contact email tnp@caselombardi.com

   **Where should payments to the creditor be sent?** (if different)

   _____
   Name

   _____
   Number    Street

   _____
   City    State    ZIP Code

   Contact phone _____

   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   __ __ __ – __ __ __ __ – __ __ __ __ – __ __ __ __

4. Does this claim amend one already filed?

   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                        MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?

   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim                                page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___

**7. How much is the claim?**

Subject to the Arbitrator's or Court's determination of whether Chinese law or U.S. law applies.

$ 102,103,995.00 . Does this amount include interest or other charges?
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Subject to the Arbitrator's or Court's determination of whether Chinese law or U.S. law applies.

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See attached.

**9. Is all or part of the claim secured?**

Subject to the Arbitrator's or Court's determination of whether Chinese law or U.S. law applies.

☐ No
☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** Subject to Court's determination of TDH's rights.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $_____ TBD
**Amount of the claim that is secured:** $ 102,103,995.00

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 102,103,995.00

**Annual Interest Rate** (when case was filed) 24.00 % (default interest rate)
☑ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Case Bankruptcy Court-Hawaii #2109/00/21 Doc#12 Main Document 05/27/21 Page 6 of 40 / Case 21-00094 Claim 18-1 Filed 06/17/21 Desc Main Document Page 3 of 45

Official Form 410                                    Proof of Claim                                    page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3: Sign Below

Creditor reserves and expressly does not waive any and all claims, rights, defenses, issues and controversies and the right to amend this Proof of Claim.

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/30/2021
                  MM / DD / YYYY

/s/ Ted N. Pettit
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Ted N. Pettit |
| | First name    Middle name    Last name |
| Title | Attorney |
| Company | Case Lombardi & Pettit |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 737 Bishop Street, Suite 2600 |
| | Number    Street |
| | Honolulu                                HI         96813 |
| | City                                    State      ZIP Code |
| Contact phone | (808) 547-5400       Email  tnp@caselombardi.com |

**7. How much is the claim?**

Initial Loan Payoff as of 3/31/2021

| Principal | $6,050,600[1] | ¥40,000,000 |
|---|---|---|
| Interest (16%) | $2,447,132 | ¥16,177,778 |
| Penalty Interest (24%) | $2,130,098 | ¥14,081,896 |
| **SUB-TOTAL** | **$10,627,830** | **¥70.259,674** |

Principal of Secondary Loan Payoff

| Principal | $54,455,400 | ¥360,000,000 |
|---|---|---|
| Interest (16%) | $850,858 | ¥3,840,000 |
| Penalty Interest (24%) | $12,915,175 | ¥85,381,120 |
| **SUB-TOTAL** | **$67,951,433** | **¥449,951,433** |

Liquidated Damages

| 16% of Secondary Loan principal from April 13, 2020 to December 11, 2022 | $23,524,733 | ¥155,520,000 |
|---|---|---|

| **TOTAL AMOUNT DUE as of 3/31/2021** | **$102,103,995** | **¥675,000,794** |
|---|---|---|

---

[1] CN¥ = 0.151265 US$ as of 3/31/2021.

**8. What is the basis of the claim?**

Framework Agreement, Convertible Debt Agreement, Secured Guaranty.