# EXHIBIT 10

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 12-11   Filed  05/27/21   Page 1 of 2

# DCCA State of Hawaii

Downloaded on May 27, 2021.
The information provided below is not a certification of good standing and does not constitute any other certification by the State.
Website URL: http://hbe.ehawaii.gov/documents

## Business Information

| | |
|---|---|
| MASTER NAME | TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP) |
| BUSINESS TYPE | Foreign Limited Partnership |
| FILE NUMBER | 25005 L6 |
| STATUS | Active |
| PLACE INCORPORATED | CHINA |
| REGISTRATION DATE | Feb 26, 2020 |
| MAILING ADDRESS | 482 DONGMAN MIDDLE RD<br>CHUANGZHI MANSION SUITE 203 (TG 460)<br>TIANJIN, 300480<br>CHINA |
| PARTNER TERMS | SHALL CONTINUE UNTIL DISSOLVED OR TERMINATED |
| AGENT NAME | INCORP SERVICES, INC. |
| AGENT ADDRESS | 1136 UNION MALL STE 301<br>HONOLULU, Hawaii 96813-2711<br>UNITED STATES |

## Annual Filings

| FILING YEAR | DATE RECEIVED | STATUS |
|---|---|---|
| 2021 | | Not Filed |

## Officers

| NAME | OFFICE | DATE |
|---|---|---|
| DINGHUI INVESTMENT MANAGEMENT (TIANJIN) COMPANY LIMITED | G | Feb 26, 2020 |