| | |
|---|---|
| TSUGAWA LAU & MUZZI LLLC<br>A Hawaii Limited Liability Law Company<br><br>CHRISTOPHER J. MUZZI 6939<br>LEILA ROTHWELL SULLIVAN 7626<br>55 Queen Street, Suite 3000<br>Honolulu, Hawaii 96813<br>Telephone No.: (808) 531-0490<br>Facsimile No.: (808) 534-0202<br>Email: cmuzzi@hilaw.us<br>Email: lrs@hilaw.us<br><br>Special Counsel for Debtors/Plaintiffs | CHOI & ITO<br>Attorneys at Law<br><br>CHUCK C. CHOI 6435<br>ALLISON A. ITO 8152<br>700 Bishop Street, Suite 1107<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-1877<br>Facsimile: (808) 566-6900<br>E-Mail: cchoi@hibklaw.com<br>aito@hibklaw.com<br><br>General Counsel for<br>Debtors/Plaintiffs |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>    Debtor. | Case No. 21-00094<br>Chapter 11<br>(Jointly Administered - Lead Case) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |
| PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC,<br><br>    Plaintiffs,<br><br>    vs. | Adversary Proceeding No. 21-90009<br><br>**HEARING DATE:**<br>Date: April 15, 2022<br>Time: 10:00 a.m.<br>Judge: Robert J. Faris<br><br><br>Trial Date: June 27, 2022 |

TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),

Defendant.

# DECLARATION OF CHRISTOPHER J. MUZZI

I, Christopher J. Muzzi, hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Tsugawa Lau & Muzzi LLLC, special counsel to PLAINTIFFS PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC ("**Plaintiffs**").

2. If called as a witness I would testify competently to the following facts.

3. Plaintiffs served a request for production of documents and requests for answers to interrogatories on Defendant TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP) ("**TDH**") on August 30, 2021.

4. On October 13, 2021, TDH served a request for production of documents on Plaintiffs.

5. On October 14, 2021, TDH served its written responses and objections to Plaintiffs' request for production of documents and requests for answers to interrogatories. TDH did not produce documents at that time.

6. On November 29, 2021, Plaintiffs served their written responses and objections to TDH's request for production of documents. Plaintiffs did not produce documents at that time.

7. Relevant to the Motion to Extend, TDH cites to its Request for Production No. 26, which sought, "Any and all documents, communications or writing that relate to or concern the use of Loan Proceeds for any development or development expenses of any property of the Debtors from 2015 to present." After stating its objections, Plaintiffs responded that, "Without waiving the foregoing objections, Plaintiffs do not have any responsive documents in their possession, custody or control." TDH never deposed any of Plaintiffs regarding this answer.

8. On December 22, 2021, Plaintiffs produced their responsive documents, which consisted of 6,699 pages. The production included about 1,500 pages of documents related to Stanford Carr's development of the Plaintiffs' properties for periods in 2016 - 2019, including bank statements; related financial reporting from Stanford Carr; and draw requests from Stanford Carr and supporting invoices. These documents bear Bates Stamp numbers P000778 – P002182.

9. Exhibit 3 is a summary of the bank statements and monthly financial reports prepared by Stanford Carr Development, LLC ("**Stanford Carr**") produced by Plaintiffs on December 22, 2021, which includes the FHB Account[1] statements and accompanying Monthly Financial Reports performed by Stanford Carr for August 2016; Jan., Feb., March, May, June, August, Oct, Nov., and December 2017; Jan. – April, July and Dec. of 2018; and Jan. – June and August 2019.

10. Exhibit H to TDH's motion refers to an email dated 10/3/19 that was produced by Plaintiffs on December 22, 2021. TDH fails to mention that attached to the email were several zip files, with one containing 41 .pdf files relating to the development of Plaintiffs' properties by Stanford Carr, including every one of the 33 draw requests, with supporting invoices and payment requests, that had been made by Stanford Carr through July of 2019 relating to the development efforts for the Makaha Properties.

11. On December 22, 2021, TDH produced its responsive documents, which consisted of 2,106 pages (many of which were sent to TDH by Plaintiffs before the December 2019 Transaction).

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP'S EX PARTE MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES AND WRITTEN REPORTS.

12. On January 18, 2022, in the main bankruptcy case, Debtors produced about 7,000 pages of documents, including additional Stanford Carr documents for the period from October 2019 through the end of Stanford Carr's retention in January of 2020.

13. The Parties have agreed that the Plaintiffs need not produce to TDH again the documents that the Debtors' produced in the main case.

14. On March 16, 2022, TDH served requests for answers to interrogatories on each of the Plaintiffs.

15. On March 29, 2022, Plaintiffs disclosed their expert witness and a copy of his report.

16. On March 29, 2022, TDH served a disclosure naming an expert witness, but failed to disclose his report or opinions.

17. Exhibit 2 is a true and correct copy of TDH's Expert Disclosures served on Plaintiffs on March 29, 2022.

18. As of the time of the filing of TDH's Motion to Extend, no depositions have been taken in this Adversary Proceeding by any of the Parties.

19. TDH filed a motion to compel the production of documents from Plaintiffs on the same day as its Ex Parte Motion to Extend Deadline for Disclosure of Expert Witnesses and Written Reports.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, Hawaii, April 13, 2022.

/s/Christopher J. Muzzi
Christopher J. Muzzi