| | |
|---|---|
| TSUGAWA LAU & MUZZI LLLC<br>A Hawaii Limited Liability Law Company<br><br>CHRISTOPHER J. MUZZI 6939<br>LEILA ROTHWELL SULLIVAN 7626<br>55 Queen Street, Suite 3000<br>Honolulu, Hawaii 96813<br>Telephone No.: (808) 531-0490<br>Facsimile No.: (808) 534-0202<br>Email: cmuzzi@hilaw.us<br>Email: lrs@hilaw.us<br><br>Special Counsel for Debtors/Plaintiffs | CHOI & ITO<br>Attorneys at Law<br><br>CHUCK C. CHOI 6435<br>ALLISON A. ITO 8152<br>700 Bishop Street, Suite 1107<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-1877<br>Facsimile: (808) 566-6900<br>E-Mail: cchoi@hibklaw.com<br>aito@hibklaw.com<br><br>General Counsel for Debtors/Plaintiffs |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>    Debtor. | Case No. 21-00094<br>Chapter 11<br>(Jointly Administered - Lead Case) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |
| PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC,<br><br>    Plaintiffs,<br><br>    vs. | Adversary Proceeding No. 21-90009<br><br>**HEARING DATE:**<br>Date:  April 15, 2022<br>Time:  10:00 a.m.<br>Judge:  Robert J. Faris<br><br>Trial Date: June 27, 2022 |

| TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP), |
|---|
| Defendant. |

## DECLARATION OF ALLISON A. ITO

I, ALLISON A. ITO, hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm of CHOI & ITO, general bankruptcy counsel to PLAINTIFFS PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC ("**Plaintiffs**").

2. If called as a witness I would testify competently to the following facts.

3. On January 18, 2022, Debtors produced numerous documents to TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP) ("**TDH**") in the main case, bearing bates numbers Debtors 003328 to 010152.

4. Included in these documents were the following:

| | |
|---|---|
| DEBTORS 009430-9441 | MDRE FHB Statement September 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 9/30/2019; Balance Sheet as of September 30, 2019; Profit & Loss January through September 2019; Statement of Cash Flows January through September 2019; General Ledger as of September 30, 2019 |
| DEBTORS 009480-9492 | MDRE FHB Statement October 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 10/31/2019; Balance Sheet as of October 31, 2019; Profit & Loss January through October 2019; Statement of Cash Flows January through October 2019; General Ledger as of October 31, 2019 |
| DEBTORS 009493-9506 | MDRE FHB Statement November 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 11/30/2019; Balance Sheet as of November 30, 2019; Profit & Loss January through November 2019; Statement of Cash Flows January through November 2019; General Ledger as of November 30, 2019 |
| DEBTORS 009507-9520 | MDRE FHB Statement December 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 12/31/2019; Balance Sheet as of December 31, 2019; Profit & Loss January through December 2019; Statement of Cash Flows January through December 2019; General Ledger as of December 31, 2019 |
| DEBTORS 009523-9535 | MDRE FHB Statement January 2020; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 01/31/2020; Balance Sheet as of January 31, 2020; Profit & Loss January 2020; Statement of Cash Flows January 2020; General Ledger as of January 31, 2020 |
| DEBTORS 009639-9642 | MDRE FHB Statement April 2020 |
| DEBTORS 009687-9692 | MDRE FHB Statement February 2020 |

5. The Debtors continued to produce documents to TDH in the main case into March, including documents that were requested by TDH that were beyond the scope of its formal written request.

6. In connection with the February 25, 2022 discovery conference in the main case, Debtors made a request of Stanford Carr to produce the MDRE FHB Account statements that they did not have. I am not aware of Debtors having received any additional documents from Stanford Carr in response to the request.

7. Exhibit 1 is a true and correct copy of highlighted excerpts from the Deposition of Harry Chang in the capacity of the Rule 30(b)(6) Witness from Pacific Links U.S. Holdings, Inc., which deposition I attended.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, Hawaii, April 13, 2022.

/s/Allison A. Ito
ALLISON A. ITO