**EXHIBIT 1**

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 101-3   Filed  04/13/22   Page 1 of 7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

```
----------------------------)
In re:                       )
                             )
PACIFIC LINKS U.S. HOLDINGS, )
INC., a Delaware Corporation,)CASE NO:
                             )21-00094
            Debtor and,      )(Chapter 11)
    Debtor in Possession.    )(Jointly Administered)
                             )
_____ )
                             )
This document relates to:    )
                             )
ALL CASES                    )
----------------------------)
```

VIDEOCONFERENCE DEPOSITION OF

RULE 30(B)(6) WITNESS FOR

PACIFIC LINKS U.S. HOLDINGS, INC.

HARRY CHANG

VOLUME I, PAGES 1 - 168

Taken on behalf of the Secured Creditor

Tianjin Dinghui Hongjun Equity Investment

Partnership, commencing at 9:43 A.M. HST, on

Tuesday, February 22, 2022.

BEFORE:      APRIL D. GEDNEY, RPR, CLR
             Hawaii CSR No. 470
             California CSR No. 11756

1  APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
2  FOR SECURED CREDITOR TIANJIN DINGHUI HONGJUN EQUITY
   INVESTMENT PARTNERSHIP:
3
   CASE LOMBARDI & PETTIT
4  BY:  TED N. PETTIT, ESQ.
        MICHELLE J. CHAPMAN, ESQ.
5       MARIA AMPARO V. McCORMICK, ESQ.
   Pacific Guardian Center, Mauka Tower
6  737 Bishop Street, Suite 2600
   Honolulu, Hawaii 96813
7  (808) 547-5400
   tnp@caselombardi.com
8  mjc@caselombardi.com
   mav@caselombardi.com
9
10 FOR PACIFIC LINKS U.S. HOLDINGS, INC:
11 CHOI & ITO
   BY:  CHUCK C. CHOI, ESQ.
12      ALLISON A. ITO, ESQ.
   Topa Financial Center, Bishop Street Tower
13 700 Bishop Street, Suite 1107
   Honolulu, Hawaii 96813
14 (808) 533-1877
   cchoi@hibklaw.com
15 aito@hibklaw.com
16 ALSO PRESENT:
17    LOGAN WEBER
      DAVID ZHOU
18    ELIKAPEKA MIYASATO
19
20
21
22
23
24
25

1              INDEX OF EXHIBITS
                 (CONTINUED)
2                                          PAGE
3  Exhibit 17:  Payments to Track for Vivien
              Jenny (Native Excel), 2 pages    120
4
5  Exhibit 18:  Email from Logan Weber to
              Harry Chang re: Net Funding
6             Required of S2M, 2 pages    126
7  Exhibit 19:  Email from Logan Weber to
              Harry Chang 12 4 2021 re Cash
8             Flow Dec 2019, 2 pages    127
9  Exhibit 20:  Memo from Rudy to Mr. Du
              December 2019, 4 pages    130
10 Exhibit 27:  Chart Pacific Links - North
              America - Sources of Funding,
11            3 pages    136
12 Exhibit 28:  Email re funding of North
              American entities via Hong
13            Kong, 3 pages    150
14 Exhibit 30:  Resolutions of the Director of
              Numbers Corporation, 4 pages    150
15
16 Exhibit 31:  Email chain March 2020 regarding
              Priority of Numbers Corporation &
17            TDH, 6 pages    152
18 Exhibit 33:  China Sales Record 10-10-2019,
              3 pages    158
19 Exhibit 34:  Map, 2 pages    160
20 Exhibit 35:  Pacific Links Golf Devel
              Deposits, 3 pages    160
21
22
23
24
25

1              I N D E X
2  EXAMINATION BY:              PAGE
3  MR. PETTIT.................... 5, 92
4
5
6           INDEX OF EXHIBITS
7                              PAGE
8  Exhibit A:  Definitions Used for People
             and Entities, 4 pages    19
9
   Exhibit 1:  Organizational Charts,
10            4 pages    20
11 Exhibit 2:  2018 Tax Returns, 18 pages    23
12 Exhibit 3:  2019 Tax Returns, 140 pages    33
13 Exhibit 4:  2020 Corporate Tax Returns,
             132 pages    42
14
   Exhibit 5:  PLUSH Response to TDH First
15            Request for Answers to
             Interrogatories, 14 pages    43
16
   Exhibit 8:  Letter of Guarantee, 2 pages    48
17
   Exhibit 11:  Makaha Resort Balance Sheet
18             12.31.2019, 25 pages    57
19 Exhibit 12:  POC 27-2 Lijun Qian, 21 pages    75
20 Exhibit 13:  The Makaha Valley Resort
              Development Brochure, 38 pages    94
21
22 Exhibit 14:  Makaha Valley Country Club
              Sales Program summary, 2 pages    114
23 Exhibit 15:  POC 25 Hao Fan, 34 pages    116
24 Exhibit 16:  POC 28 Kang Liao, 30 pages    118
25

1        VIDEOCONFERENCE DEPOSITION
2  TUESDAY, FEBRUARY 22, 2022; 9:43 A.M. HST
3                 -o0o-
4             HARRY CHANG,
5       having been first duly remotely sworn,
6         testified under oath as follows:
7                 -o0o-
8             EXAMINATION
9  BY MR. PETTIT:
10     Q.   Good afternoon, Mr. Chang, and good
11 morning to my colleagues in Hawaii.  I'm Ted Pettit
12 with Case Lombardi & Pettit, and we are counsel for
13 TDH, one of the creditors in the Pacific Links
14 bankruptcy proceeding.
15      I want to thank you for cooperating in
16 appearing by video today.  My understanding is that
17 there will be a video recording as well as a
18 transcript and you may review the transcript when
19 your deposition is completed.
20      You're appearing today as a
21 representative of the debtors which includes, I'm
22 using some acronyms and short-term names, PLUSH and
23 its subsidiaries.
24      And is that your understanding,
25 Mr. Chang?

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII  (808) 524-2090

1    A.  That is correct; that is the wording on
2 paragraph 2.
3    Q.  Did the debtors at any time agree to
4 refund members for purchases of memberships or lots?
5    A.  I have not seen any such agreement to
6 refund the investors.
7    Q.  When paragraph 2 refers to Mr. Du, the
8 chairman of Pacific Links International group of
9 companies, when paragraph 2 refers to undertaking
10 the obligation through our group of companies to
11 refund your Makaha membership, did anyone ever talk
12 to you about that?
13    A.  No.  No one has approached me to discuss
14 this topic.
15    Q.  So when was the first time you learned
16 about this obligation to refund memberships?
17    A.  I do not have the exact date.  It would
18 have -- I have seen these documents circulated.
19 However, I do not have exact date in my recollection
20 as to when was the first time I'm aware of this.
21    Q.  More than two years ago?
22    A.  Given COVID, that's very hard to -- to be
23 specific on dates.
24    Q.  At any rate, this document purported to
25 be signed or has a space for signatures for Mr. Du,

1 chairman of Pacific Links International group of
2 companies, correct?
3    A.  Yes.
4    Q.  And also for Du Yicun -- Yicun, director
5 of Pacific Links International Company.
6    Do you know who that is?
7    A.  I do know who that is.  Yes.
8    Q.  Is that Mr. Du's son?
9    A.  That is correct.
10    Q.  To the best of your knowledge, is he the
11 director of Pacific Links International Company?
12    A.  He is.
13    Q.  And that is the parent company of Pacific
14 Links U.S. Holdings, correct?
15    A.  That is correct.
16    Q.  At any time, did you express on behalf of
17 the debtors an objection to the debtors agreeing to
18 refund members for purchases of lots?
19    A.  At no time did I object to any refund
20 mechanism.
21    Q.  And why is that?  Why did you not object?
22    A.  If the transaction was to be consummated,
23 there's no need to deal with the refund mechanism.
24    Q.  Well, if there were no sales closed by
25 December 31, 2022, right, title could not be

1 transferred.
2    A.  Okay.
3    Q.  And at no time could this transaction
4 close because the property had not been subdivided,
5 correct?
6    A.  Correct.  However, one needs to view the
7 context of the COVID scenario that took place
8 immediately in the year 2020, beginning of year
9 2020.
10    Q.  In what sense does COVID influence this
11 transaction?
12    A.  I would say many.  Zoning can be delayed,
13 investors cannot travel, and the possibility of
14 turning the company around may be at place
15 subsequent to COVID.
16    Q.  Aren't you talking about the financial
17 piece of this in the sense that the debtors may not
18 have the money to refund the buyers?
19    A.  Well, but they may in the event that
20 there is a positive restructuring of Pacific Links
21 that will accommodate positive operations and cash
22 flow which may bring this transaction to its
23 closure.
24    Q.  At what point did the development of
25 Makaha project stop?

1    A.  Q- -- I would say Q4 2000- -- Q3, 4, 2019
2 I think it stopped.
3    Q.  The first quarter of 2019?
4    A.  No.  The third quarter.
5    Q.  Third quarter?
6    A.  Q3, Q4.
7    Q.  Yeah, okay.
8    Let's go so Exhibit 11, please.
9    (Exhibit 11 marked for identification.)
10 BY MR. PETTIT:
11    Q.  Exhibit 11 starts with our Bates number,
12 lower right-hand corner TDH-DEPO 0027.  This is a
13 PDF of an Excel spreadsheet.  The highlights
14 appeared on the originals that we were given.
15    And could you just -- this is a 25-page
16 document, but could you just scroll through it
17 briefly so Mr. Chang has a chance to see if he's
18 familiar with it.
19    A.  Right.  Is it possible to enlarge or is
20 it difficult to enlarge every single one, please?
21 Thank you.  That's much better.  Yeah.
22    Q.  Does this look familiar, Mr. Chang?
23    A.  Yes, it does.
24    Q.  Okay.  Why don't we stop right here.
25    Were you involved in preparing this

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII (808) 524-2090

1    A.   So yeah, so he was not paid the
2  1 million.  He was paid 50 percent of the 1 million.
3    Q.   Okay.  And you have another ledger that
4  would show the total amount that he's been paid, or
5  his company?
6    A.   I believe -- even if we had a ledger, it
7  would show these numbers as we see right now.  This
8  is an extract of what has been paid.
9    Q.   Okay.  Let's scroll down to the next
10  page.  We're getting near the end of this exhibit
11  and then we'll go back to the top.  There's, again,
12  golf brand ambassador payments, and the note is not
13  attributable to Makaha Resort Development.
14       What does that mean?
15    A.   So the development that was directly
16  involving Tiger Woods and Gil Hanse were dealing
17  with golf design.  Whereas, ambassadors are
18  promoting the goodwill of the company.  So their
19  goodwill was overall to the Pacific Links brand,
20  not -- their goodwill is not only to the resort
21  development in Makaha.
22    Q.   Okay.  If you'll scroll down, please,
23  let's stop there for a moment.  See if you can
24  enlarge the exhibit.
25       So there appears to be, as of

1  November 21, 2019, a spending forecast for Makaha
2  Resort, right?
3    A.   Correct.
4    Q.   And, again, is this something Mr. Weber
5  put together?
6    A.   Mr. Weber would put together the
7  numerics, but the thought process would be
8  undertaken with Rudy Anderson as well as Glenn
9  Fournier.
10    Q.   Okay.  And so at the very bottom line, it
11  shows the total cumulative over -- it looks like a
12  one-year period, November 2019 to December 2020.
13  And the TDH loan closed in December 2019,
14  correct?
15    A.   I don't think that's accurate because
16  there was no -- there was no additional proceeds
17  that came out of the 2019 loan.  It was simply a
18  rollover with no incremental cash proceeds.
19    Q.   You're correct.
20       But the second traunch of funds is in
21  2018?
22    A.   Correct.
23    Q.   So with respect to these development
24  costs, how far did the development go before it
25  stopped?  And can you match that up with this

1  forecast?
2    A.   We were having no liquidity towards
3  October, November of 2019, so this would really have
4  stopped, I would say almost prior to the start of
5  this spreadsheet forecast.
6    Q.   Let's scroll down to the next page.
7       Can you explain this operating losses
8  schedule?
9    A.   Okay.  Let me just quickly look at this.
10       So what this schedule portrays is the
11  annual cash deficiency experienced in the Makaha --
12  the Makaha project from the year that it opened
13  onwards to -- I can't see the right-hand side -- but
14  2018-2019.
15       Could you kindly just -- '18, '19, right,
16  okay.  So it stops at 2019.
17       So the schedule provides a cumulative
18  high level compilation of cash losses experienced on
19  the project in Makaha.
20    Q.   Okay.  And that's from 2012 through 2019?
21    A.   Correct.
22    Q.   Okay.  Let's go to the first page of the
23  document.  Now, this is looking at on the left -- on
24  the first column, the consolidated numbers, and it
25  shows for the book value of the assets and for

1  capitalized golf course design payments, Tiger Woods
2  and HGCD, about $50 million of total assets,
3  correct?
4    A.   Right.  That's correct.
5    Q.   No appreciation.
6       And the liabilities are shown here, and
7  some of the detail on the outstanding notes payable,
8  the EB5, the Stone Note, the Towne 1, Towne 2 notes,
9  and Mr. Chen's loan.
10       So this is as of December 2019, correct?
11    A.   Right.
12    Q.   Under the Note Disclosures, you have the
13  contractual agreements and it shows, for example,
14  TGR Design to date, 1.5 million paid, right?
15    A.   Right.
16    Q.   The value of the contract is 4 million?
17    A.   Right.
18    Q.   And something similar for Hanse.  The
19  1.15 million contract value of which $100,000 had
20  been paid?
21    A.   Right.
22    Q.   Yeah.  There's a note that the developer
23  maintains suspension, terminate clause at sole
24  discretion with five days business notice.
25       Do you recall why that note is in this

19 (Pages 70 to 73)

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII (808) 524-2090
U.S. Bankruptcy Court - Hawaii  #21-90009  Dkt # 101-3  Filed 04/13/22  Page 5 of 7

1     A.  Right.
2     Q.  Do you know if Pacific Links Golf
3 Development Company Limited is holding these
4 deposits?
5     A.  I don't know for sure. This says the
6 collecting company, and I believe this is the
7 right-hand side of that spreadsheet, if I'm not
8 mistaken.
9     Q.  Okay. So you're not sure -- well, do
10 you -- do you know if any proceeds or deposits were
11 collected by Pacific Links Golf?
12     A.  I have seen one had been deposited into
13 Pacific Links Golf Development.
14     Q.  So we would have to go back to look at
15 actual deposit slips. Is that what you're saying?
16     A.  Presumably bank statements.
17     Q.  Right.
18     Can you check with your Chinese
19 counterparts so we can get an answer to this
20 question? We'd like to know, where are the proceeds
21 being held, what bank, and how much.
22     A.  When you say "being held," for --
23     Q.  On deposit.
24     A.  Right. Because if it was deposited, then
25 usual working capital is no longer being held.

1     Q.  That would be helpful knowledge. If it's
2 not being held, we'd like to know that.
3     A.  Well, the company's already closed at
4 this time. Pacific Links Golf Limited -- sorry --
5 Pacific Links Golf Development Limited at this time,
6 it's defunct and there's no operations and no staff.
7 I could find out but --
8     Q.  Well, you could find out if the proceeds
9 were used or transferred.
10     A.  Okay.
11     MR. CHOI: Are you done with this
12 document, Ted?
13     I think we'd like to take a break, but
14 I'm going to let you finish up if you're -- if
15 you're -- if you need to.
16     MR. PETTIT: So I think we can finish up.
17 We're scheduled for Thursday, correct?
18     MR. CHOI: We're scheduled for Thursday.
19 If you would like to continue the 30(b)(6) to
20 Thursday at 9:30, that would be -- that would be
21 fine.
22     MR. PETTIT: Let's do that. I think I've
23 been going maybe six hours or so.
24     And I'll be talking with Ms. McCormick
25 and Ms. Chapman tomorrow. Based on some testimony

1 today, we're going to streamline as much as we can.
2     MR. CHOI: That would be fine. Yeah,
3 let's take tomorrow off and then start up again at
4 9:30 Hawaii time on Thursday. Same link?
5     MR. PETTIT: I can't answer that. That's
6 for the court reporter.
7     MR. CHOI: Well, I'll let April send us
8 another link or Andrew will send us another link if
9 they need to.
10     MR. PETTIT: We'll make sure you get the
11 link.
12     MR. CHOI: Sure. Thank you.
13     MR. PETTIT: Before we break up, was
14 there anything subject to confidentiality that may
15 need to be sealed or protected?
16     MR. CHOI: Let me think about that. We
17 really haven't gotten into the, you know, sale
18 efforts and the LOI's today.
19     MR. PETTIT: Right.
20     MR. CHOI: That's going to be designated
21 confidential, and I mean the testimony, but I don't
22 think anything today needs to be marked
23 confidential.
24     MR. PETTIT: We tried to use redacted
25 documents for that purpose.

1     MR. CHOI: Right. I appreciate the
2 question.
3     MR. PETTIT: Mr. Chang, thank you very
4 much. Get some rest, and we'll be talking again.
5     THE WITNESS: Thank you.
6     MR. CHOI: Thank you.
7     THE WITNESS: Thanks, everybody.
8     MR. PETTIT: Thank you, April.
9     THE REPORTER: Off the record?
10     MR. PETTIT: Off the record.
11     (Videoconference deposition adjourned
12     at 3:59 p.m. HST.)
13
14
15
16
17
18
19
20
21
22
23
24
25

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII (808) 524-2090

```
1        W I T N E S S   C E R T I F I C A T E
2
3        I, HARRY CHANG, hereby certify that I have read
4    the foregoing typewritten pages 1 through 168,
5    inclusive, and corrections, if any, were noted by
6    me, and the same is now a true and correct
7    transcript of my testimony.
8        DATED:_____, 20____.
9        _____, _____.
                (City)           (State)
10
11
12
13
14
15        _____
16            HARRY CHANG
17
18
19
20
21    _____
22
      Case:  In re:  PACIFIC LINKS U.S. HOLDINGS, INC.
23    Case No.:  21-00094
      Deposition taken on:  TUESDAY, FEBRUARY 22, 2022
24    TAKEN BY:   APRIL D. GEDNEY, RPR, CLR
               Hawaii CSR No. 470
25             California CSR No. 11756
```

```
1            CORRECTION/ERRATA SHEET
2        I, HARRY CHANG, do hereby certify that I have
      read the foregoing statement and that, to the best
3     of my knowledge, said statement is true and accurate
      (with the exception of the following changes listed
4     below):
5     PAGE   LINE   CHANGE TESTIMONY TO READ AS FOLLOWS:
6     ____   ____   _____
7     ____   ____   _____
8     ____   ____   _____
9     ____   ____   _____
10    ____   ____   _____
11    ____   ____   _____
12    ____   ____   _____
13    ____   ____   _____
14    ____   ____   _____
15    ____   ____   _____
16    ____   ____   _____
17    ____   ____   _____
18    ____   ____   _____
19    ____   ____   _____
20    ____   ____   _____
21    ____   ____   _____
22    ____   ____   _____
23    ____   ____   _____
24    ____   ____   _____
25    Witness's Signature_____Date_____
```

```
1            C E R T I F I C A T E
2     STATE OF HAWAII          )
                               ) SS.
3     CITY AND COUNTY OF HONOLULU  )
4         I, APRIL D. GEDNEY, RPR, CLR, Certified
      Shorthand Reporter, do hereby certify:
5
          That on TUESDAY, FEBRUARY 22, 2022, at
6     9:43 A.M. HST, appeared via videoconference HARRY
      CHANG, the witness whose deposition is contained
7     herein; that prior to being examined, he was by me
      duly sworn or affirmed;
8
          That the deposition was taken down by me in
9     machine shorthand and was thereafter reduced to
      typewriting; that the foregoing represents, to the
10    best of my ability, a true and correct transcript of
      the proceedings had in the foregoing matter.
11
          That pursuant to Rule 30(e) of the Hawaii
12    Rules of Civil Procedure, a request for an
      opportunity to review and make changes to this
13    transcript:
14    __X__Was made by the deponent or a party (and/or
          their attorney) prior to the completion of
15        the deposition.
      _____Was not made by the deponent or a party
16        (and/or their attorney) prior to the
          completion of the deposition.
17    _____Was waived.
18
          I further certify that I am not an attorney
19    for any of the parties hereto, nor in any way
      concerned with the cause.
20
          DATED this 24th day of February 2022, in
21    Honolulu, Hawaii.
22
23
      _____
24        APRIL D. GEDNEY, RPR, CLR
          Hawaii CSR No. 470
25        California CSR No. 11756
```

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII (808) 524-2090

U.S. Bankruptcy Court - Hawaii  #21-90009  Dkt # 101-3  Filed 04/13/22  Page 7 of 7