# EXHIBIT 2

CASE LOMBARDI & PETTIT
A LAW CORPORATION

TED N. PETTIT                                    4287-0
Email: tnp@caselombardi.com
MICHELLE J. CHAPMAN                              9351-0
Email: mjc@caselombardi.com
MARIA AMPARO V. MCCORMICK                        10623-0
Email: mav@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Phone: (808) 547-5400 | Fax: (808) 523-1888

Attorneys for Defendant
Tianjin Dinghui Hongjun Equity Investment Partnership

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>Debtor and<br>Debtor in Possession. | Case No. 21-00094<br>(Chapter 11)<br>(Jointly Administered) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |
| PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC,<br><br>Plaintiffs | Adversary Proceeding No. 21-90009<br><br>**DEFENDANT TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP'S EXPERT DISCLOSURES** |

|                                          |                                              |
|------------------------------------------|----------------------------------------------|
| vs.                                      | **TRIAL**                                    |
| TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP), | Date:  June 27, 2022 (for 5 days)<br>Time:  9:30 a.m.<br>Judge:  Hon. Robert J. Faris |
| Defendant.                               |                                              |

### DEFENDANT TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP'S TRIAL DISCLOSURES

Defendant TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP ("**TDH**"), by and through its counsel, Case Lombard & Pettit, A Law Corporation, hereby submits its Expert Disclosures pursuant to the provisions of Rule 26(a)(2)(C) and (D) of the Federal Rules of Civil Procedure.

1. Garret Hoe, CPA
   Ueno & Hoe, CPAs, LLC
   844 Queen Street
   Honolulu, HI 96813

Mr. Hoe is a Certified Public Accountant and Forensic Account. Mr. Hoe will provide his opinion on (i) reasonably equivalent value provided to Plaintiffs in the form of indirect benefits and other benefits including but not limited to value of funds received by Plaintiffs from Chinese related entities arising out of TDH loans, the value of the Makaha development project, the value conferred on Plaintiffs and members of the Pacific Links Group, the value conferred on Pacific Links US Services, Inc., an affiliate of Plaintiffs that provided "back office" services solely for the benefit of Plaintiffs, the value of forbearance provided by Defendant, the value

2

30874/2/3750109.1
U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 101-4   Filed   04/13/22   Page 3 of 4

to Plaintiffs of re-financing prior loans, the equivalency of the value conferred by Defendant in exchange for guaranties and mortgages, the accounting parameters for determination of the single enterprise doctrine, the alter ego doctrine and collapsing doctrines applicable to the allegations of the Plaintiffs, and other related factual and accounting defenses to the Complaint.

TDH reserves the right to call at trial any expert and/or rebuttal witnesses identified by Plaintiffs in their Initial Disclosures, Pretrial Statements, Final Witness List, and any amendments or supplements thereto. Further, TDH also reserves the right to (A) submit an expert report following (i) Plaintiffs' production of bank statements and other records for TKB; or (ii) a court order for Plaintiffs to produce bank statements and other records for TKB; or (iii) a court finding and order that Defendant is entitled to certain inferences concerning Plaintiffs' failures to produce documents and information concerning the TDH loan proceeds and disposition of the proceeds and (B) amend, modify, or supplement its Expert Witness Disclosures pending further discovery or investigation that may occur.

DATED: Honolulu, Hawaii, March 29, 2022.

/s/ Maria Amparo V. McCormick
TED N. PETTIT
MICHELLE J. CHAPMAN
MARIA AMPARO V. MCCORMICK
Attorneys for Defendant
TIANJIN DINGHUI HONGJUN EQUITY
INVESTMENT PARTNERSHIP