# EXHIBIT 3

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 101-5   Filed  04/13/22   Page 1 of 5

# EXCERPTS OF DOCUMENTS PRODUCED BY PLAINTIFFS ON DECEMBER 22, 2020[1]

| STARTING BATES NOS. | DESCRIPTION |
|---|---|
| P001811-1823 | MDRE FHB Statement April 2018; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 04/30/2018; Balance Sheet as of April 30, 2018; Profit & Loss January through April 2018; Statement of Cash Flows January through April 2018; General Ledger as of April 30, 2018 |
| P001824-1835 | MDRE FHB Statement December 2017; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 12/31/2017; Balance Sheet as of December 31, 2017; Profit & Loss January through December 2017; Statement of Cash Flows January through December 2017; General Ledger as of December 31, 2017 |
| P001836-1849 | MDRE FHB Statement December 2018; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 12/31/2018; Balance Sheet as of December 31, 2018; Profit & Loss January through December 2018; Statement of Cash Flows January through December 2018; General Ledger as of December 31, 2018 |
| P001850-1961 | MDRE FHB Statement January 2018; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 01/31/2018; Balance Sheet as of January 31, 2018; Profit & Loss January 2018; Statement of Cash Flows Period Ending January 31, 2018; General Ledger as of January 31, 2018 |
| P001862-1863 | Reconciliation Statement for FHB (MDRE, LLC) Period Ending 01/31/2017 |
| P001864-1866 | MDRE FHB Statement January 2017 |
| P001867-1868 | MDRE, LLC Balance Sheet as of January 31, 2017; Profit & Loss January 2017 |
| P001869-1875 | MDRE, LLC General Ledger as of January 31, 2017 |
| P001876-1889 | MDRE FHB Statement January 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 01/31/2019; Balance Sheet as of January 31, 2019; Profit & Loss January 2019; Statement of Cash Flows Period |

# EXCERPTS OF DOCUMENTS PRODUCED BY PLAINTIFFS ON DECEMBER 22, 20201

| | |
|---|---|
| | Ending January 31, 2019; General Ledger as of January 31, 2019 |
| P001890-1902 | MDRE FHB Statement February 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 02/28/2019; Balance Sheet as of February 28, 2019; Profit & Loss January through February 2019; Statement of Cash Flows January through February 2019; General Ledger as of February 28, 2019 |
| P001903-1912 | MDRE FHB Statement February 2018; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 02/28/2018; Balance Sheet as of February 28, 2018; Profit & Loss January through February 2018; Statement of Cash Flows January through February 2018; Transaction Detail by Account January through February 2018 |
| P001913-1914 | Reconciliation Statement for FHB (MDRE, LLC) Period Ending 02/28/2017 |
| P001915-1917 | MDRE FHB Statement February 2017 |
| P001918-1919 | MDRE, LLC Balance Sheet as of February 28, 2017; Profit & Loss February 2017 |
| P001920-1927 | MDRE, LLC General Ledger as of February 28, 2017 |
| P001928-1939 | MDRE FHB Statement March 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 03/31/2019; Balance Sheet as of March 31, 2019; Profit & Loss January through March 2019; Statement of Cash Flows January through March 2019; General Ledger as of March 2019 |
| P001940-1952 | MDRE FHB Statement March 2018; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 03/31/2018; Balance Sheet as of March 31, 2018; Profit & Loss January through March 2018; Statement of Cash Flows January through March 2018; General Ledger as of March 31, 2018 |
| P001953-1965 | Reconciliation Statement for FHB (MDRE, LLC) Period Ending 03/31/2017; MDRE FHB Statement March 2017; Balance Sheet as of March 31, 2017; Profit & Loss January through March 2017; Transaction Detail by Account January 2016 through March 2017 |

# EXCERPTS OF DOCUMENTS PRODUCED BY PLAINTIFFS ON DECEMBER 22, 20201

| P001966-1978 | MDRE FHB Statement April 2018; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 04/30/2018; Balance Sheet as of April 30, 2018; Profit & Loss January through April 2018; Statement of Cash Flows January through April 2018; General Ledger as of April 30, 2018 |
|---|---|
| P001979-1992 | MDRE FHB Statement April 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 04/30/2019; Balance Sheet as of April 30, 2019; Profit & Loss January through April 2019; Statement of Cash Flows January through April 2019; General Ledger as of April 30, 2019 |
| P001993-2005 | MDRE FHB Statement May 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 05/31/2019; Balance Sheet as of May 31, 2018; Profit & Loss January through May 2019; Statement of Cash Flows January through MAY 2019; General Ledger as of May 31, 2019 |
| P002006-2016 | MDRE FHB Statement May 2017; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 05/31/2017; Balance Sheet as of May 31, 2017; Profit & Loss January through May 2017; General Ledger as of May 31, 2017 |
| P002017-2030 | MDRE FHB Statement June 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 06/30/2019; Balance Sheet as of June 30, 2019; Profit & Loss January through June 2019; Statement of Cash Flows January through June 2019; General Ledger as of June 30, 2019 |
| P002031-2045 | Reconciliation Statement for FHB (MDRE, LLC) Period Ending 06/30/2017; MDRE FHB Statement June 2017; Balance Sheet as of June 30, 2017; Profit & Loss January through June 2017; General Ledger as of June 30, 2017 |
| P002046-2058 | MDRE FHB Statement July 2018; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 07/31/2018; Balance Sheet as of July 31, 2018; Statement of Cash Flows January through July 2018; Profit & Loss |

# EXCERPTS OF DOCUMENTS PRODUCED BY PLAINTIFFS ON DECEMBER 22, 20201

| | |
|---|---|
| | January through July 2018; General Ledger as of July 31, 2018 |
| P002059-2070 | MDRE FHB Statement August 2017; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 08/31/2017; Balance Sheet as of August 31, 2017; Profit & Loss January through August 2017; General Ledger as of August 30, 2017; Statement of Cash Flows January through August 2017 |
| P002071-2074 | MDRE FHB Statement August 2016 |
| P002075-2076 | MDRE Reconciliation Statement for FHB (MDRE, LLC) Period Ending 08/31/2016 |
| P002077-2078 | MDRE Balance Sheet as of August 31, 2016; Profit & Loss January through August 2016 |
| P002079-2082 | MDRE Transaction Detail by Account January through August 2016 |
| P002083-2096 | MDRE FHB Statement August 2019; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 08/31/2019; Balance Sheet as of August 31, 2019; Profit & Loss January through August 2019; Statement of Cash Flows January through August 2019; General Ledger as of August 31, 2019 |
| P002097-2108 | MDRE FHB Statement October 2017; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 10/31/2017; Balance Sheet as of October 31, 2017; Profit & Loss October 2017; Statement of Cash Flows January through October 2017; General Ledger as of October 31, 2017 |
| P002109-2121 | MDRE FHB Statement November 2017; Reconciliation Statement for FHB (MDRE, LLC) Period Ending 11/30/2017; Balance Sheet as of November 30, 2017; Profit & Loss January through November 2017; Statement of Cash Flows January through November 2017; General Ledger as of November 30, 2017 |