**EXHIBIT 7**

 **Statement**

# BUSINESS CHECKING

MDRE LLC 001
GENERAL CHEQUING ACCOUNT
C/O STANFORD CARR DEVELOPMENT LLC
1100 ALAKEA ST 27TH FLR
HONOLULU HI 968130000

001237

Page 1 of 3

Statement Period: December 01, 2019 thru December 31, 2019

Number of Items Enclosed: 5 Account# Redacted 0711

Direct Inquiries or Report Errors to:
First Hawaiian Bank
MAIN BANKING CENTER
999 BISHOP ST
HONOLULU HI 96813
Phone: (808) 525-6340

It is important to examine your statement and report any discrepancies promptly. You must report any error involving electronic fund transfers for personal accounts within 60 days. For any other item, you will lose any claim against us for unauthorized signatures or alterations (and any claims for subsequent unauthorized signatures or alterations by the same wrongdoer) that you do not report within 30 days after the first statement showing that item is made available.

## SUMMARY - BUSINESS CHECKING Account # Redacted 0711

| | | |
|---|---|---|
| Balance at Beginning of this Statement Period on 12/01/2019 | $ | 13,860.95 |
| Plus: Deposits and Other Credits Totaling | + | 83,387.92 |
| Less: Checks and Other Debits/Withdrawals Totaling | - | 34,387.34 |
| Balance at End of this Statement Period on 12/31/2019 | $ | 62,861.53 |

For this Statement Period:

| | | |
|---|---|---|
| Average Balance | $ | 33,116.58 |
| Minimum Balance | $ | 7,860.95 |

Monthly Item Activity (Accountholders entitled to 100 items free)
5 Checks Written + 0 Deposit Tickets + 0 Deposit Items = 5
Items Charged This Month: 0

## CHECKS PAID

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 12/06/19 | 1261 | 6,000.00 | 12/20/19 | 1266 | 26,186.98 |
| 12/24/19 | 1263 * | 1,020.94 | 12/24/19 | 1267 | 902.00 |
| 12/27/19 | 1265 * | 264.42 | | | |

* Indicates break in check sequence

LENDER Member FDIC See the reverse side of page 1 of this statement for: How to Read Your Statement, Reconciliation Form, and In Case of Errors or Questions About Your Electronic Funds Transfers. TAB CM-2102 (Rev. 11/01/14)
S2 S3 1 - 3

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 2 of 15
EXHIBIT 7

DEBTORS 009507 (Confidential)


# BUSINESS CHECKING

**Statement**

MDRE LLC
GENERAL CHEQUING ACCOUNT
C/O STANFORD CARR DEVELOPMENT LLC
1100 ALAKEA ST 27TH FLR
HONOLULU HI 968130000

Acct. # Redacted0711

Page 2 of 3

Statement Period: December 01, 2019 thru December 31, 2019

## ACCOUNT ACTIVITY - OTHER DEBITS

| Posting Date | Transaction Description | Debit |
|---|---|---|
| 12/19/19 | Wire Transfer Fee<br>Redacted | 13.00 |

## ACCOUNT ACTIVITY - CREDITS

| Posting Date | Transaction Description | Credit |
|---|---|---|
| 12/19/19 | Wire Transfer Credit<br>Redacted | 83,387.92 |

## DAILY ACCOUNT BALANCE

| Posting Date | Account Balance | Posting Date | Account Balance |
|---|---|---|---|
| 11/30/19 | 13,860.95 | 12/20/19 | 65,048.89 |
| 12/06/19 | 7,860.95 | 12/24/19 | 63,125.95 |
| 12/19/19 | 91,235.87 | 12/27/19 | 62,861.53 |

LENDER Member FDIC See the reverse side of page 1 of this statement for: How to Read Your Statement, Reconciliation Form, and In Case of Errors or Questions About Your Electronic Funds Transfers. TAB CM-2102 (Rev. 11/01/14)
S2 S3 2 - 3

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 3 of 15

DEBTORS 009508 (Confidential)







First Hawaiian Bank.

ACCOUNT NO. Redacted

1261, 12/6/2019, $6,000.00

1263, 12/24/2019, $1,020.94

1265, 12/27/2019, $264.42

1266, 12/20/2019, $26,186.98

1267, 12/24/2019, $902.00

# Makaha Valley
## Reconciliation Summary
### 1001 · First Hawaiian Bank (MDRE, LLC), Period Ending 12/31/2019

| | | Dec 31, 19 |
|---|---|---|
| **Beginning Balance** | | 13,860.95 |
| **Cleared Transactions** | | |
| **Checks and Payments - 6 items** | -34,387.34 | |
| **Deposits and Credits - 1 item** | 83,387.92 | |
| **Total Cleared Transactions** | 49,000.58 | |
| **Cleared Balance** | | **62,861.53** |
| **Uncleared Transactions** | | |
| **Checks and Payments - 4 items** | -60,971.08 | |
| **Total Uncleared Transactions** | -60,971.08 | |
| **Register Balance as of 12/31/2019** | | **1,890.45** |
| **Ending Balance** | | 1,890.45 |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 5 of 15

DEBTORS 009510 (Confidential)

11:15 AM

01/10/20

# Makaha Valley
## Reconciliation Detail
### 1001 · First Hawaiian Bank (MDRE, LLC), Period Ending 12/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 13,860.95 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Bill Pmt -Check | 11/27/2019 | 1261 | Rudi H. Keawe | X | -6,000.00 | -6,000.00 |
| Bill Pmt -Check | 12/13/2019 | 1266 | Stanford Carr Devel... | X | -26,186.98 | -32,186.98 |
| Bill Pmt -Check | 12/13/2019 | 1263 | PBR Hawaii & Asso... | X | -1,020.94 | -33,207.92 |
| Bill Pmt -Check | 12/13/2019 | 1267 | Tsugawa Lau & Muzzi | X | -902.00 | -34,109.92 |
| Bill Pmt -Check | 12/13/2019 | 1265 | Sage CRE Forms | X | -264.42 | -34,374.34 |
| Check | 12/19/2019 | | | X | -13.00 | -34,387.34 |
| Total Checks and Payments | | | | | -34,387.34 | -34,387.34 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/19/2019 | | | X | 83,387.92 | 83,387.92 |
| Total Deposits and Credits | | | | | 83,387.92 | 83,387.92 |
| Total Cleared Transactions | | | | | 49,000.58 | 49,000.58 |
| Cleared Balance | | | | | 49,000.58 | 62,861.53 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 12/13/2019 | 1262 | Mitsunaga & Associ... | | -31,293.60 | -31,293.60 |
| Bill Pmt -Check | 12/13/2019 | 1268 | WCIT | | -17,277.48 | -48,571.08 |
| Bill Pmt -Check | 12/13/2019 | 1264 | Rudi H. Keawe | | -6,400.00 | -54,971.08 |
| Bill Pmt -Check | 12/15/2019 | 1259 | Rudi H. Keawe | | -6,000.00 | -60,971.08 |
| Total Checks and Payments | | | | | -60,971.08 | -60,971.08 |
| Total Uncleared Transactions | | | | | -60,971.08 | -60,971.08 |
| Register Balance as of 12/31/2019 | | | | | -11,970.50 | 1,890.45 |
| **Ending Balance** | | | | | **-11,970.50** | **1,890.45** |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 6 of 15

DEBTORS 009511 (Confidential)

11:19 AM
01/10/20
Accrual Basis

# Makaha Valley
# Balance Sheet
## As of December 31, 2019

| | | Dec 31, 19 |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Checking/Savings | | |
| 1000 · Cash | | |
| 1001 · First Hawaiian Bank (MDRE, LLC) | 1,890.45 | |
| Total 1000 · Cash | | 1,890.45 |
| Total Checking/Savings | | 1,890.45 |
| Total Current Assets | | 1,890.45 |
| Other Assets | | |
| 1500 · Work In Progress | | |
| 1501 · Wells Outfitting | 1,038,356.79 | |
| 1502 · Wells Outfitting Design | 27,023.30 | |
| 1503 · Wells Outfitting - Soils Engine | 34,941.36 | |
| 1504 · Archaeological Monitoring Plan | 4,385.00 | |
| 1505 · Archaeological Monitoring | 18,478.20 | |
| 1506 · Archaeological - Resort | 26,528.75 | |
| 1507 · Engineering - Resort | 35,605.42 | |
| 1508 · Architectural - Resort | 243,080.60 | |
| 1510 · Planning - Resort | 16,776.12 | |
| 1512 · Communication | 7,471.20 | |
| 1513 · Legal | 3,150.69 | |
| 1515 · Irrigation water | 695.75 | |
| 1516 · Legal - Olamana RH | 5,608.90 | |
| 1521 · Demolition Work | 732,131.73 | |
| 1522 · 3/20/2016 Design & Permit (2) | 23,404.45 | |
| 1523 · Upsize from 10" to 12" 1950' | 66,610.05 | |
| 1527 · Development Fee | 241,524.71 | |
| 1528 · Cultural Study | 47,120.40 | |
| 1529 · Nursery - Watershed | 94,691.43 | |
| 1530 · Finance | 31,467.88 | |
| 1532 · Huipu Dr - Roadway Repair plans | 64,823.60 | |
| 1533 · Huipu Drive Repairs | 79,000.00 | |
| 1535 · Maintenance / Operating | 204,071.21 | |
| 1540 · Jade St. Sewer Improvements | 2,133,717.79 | |
| 1542 · Jade St. - Soils Engineer | 37,672.76 | |
| 1595 · Misc. - Reimbursable | 545,083.58 | |
| 1599 · Misc. - Other | 10,400.96 | |
| Total 1500 · Work In Progress | | 5,773,822.63 |
| Total Other Assets | | 5,773,822.63 |
| **TOTAL ASSETS** | | **5,775,713.08** |
| **LIABILITIES & EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 20000 · Accounts Payable | | -26,178.00 |
| Total Accounts Payable | | -26,178.00 |
| Total Current Liabilities | | -26,178.00 |
| Total Liabilities | | -26,178.00 |
| Equity | | |
| 3000 · Equity | | |
| 3001 · Equity - Pacific Links | 5,811,891.08 | |
| Total 3000 · Equity | | 5,811,891.08 |
| 32000 · Members Equity | | -10,000.00 |
| Total Equity | | 5,801,891.08 |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 7 of 15

DEBTORS 009512 (Confidential)

# Makaha Valley
## Balance Sheet
### As of December 31, 2019

| | Dec 31, 19 |
|---|---|
| TOTAL LIABILITIES & EQUITY | 5,775,713.08 |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 8 of 15

DEBTORS 009513 (Confidential)

# Makaha Valley
## Profit & Loss
### January through December 2019

| | Jan - Dec 19 |
|---|---|
| Net Income | 0.00 |

# Makaha Valley
## Statement of Cash Flows
January through December 2019

| | Jan - Dec 19 |
|---|---|
| OPERATING ACTIVITIES | |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 20000 · Accounts Payable | -26,178.00 |
| Net cash provided by Operating Activities | -26,178.00 |
| INVESTING ACTIVITIES | |
| 1500 · Work In Progress:1507 · Engineering - Resort | -28,480.00 |
| 1500 · Work In Progress:1508 · Architectural - Resort | -84,861.42 |
| 1500 · Work In Progress:1510 · Planning - Resort | -1,020.94 |
| 1500 · Work In Progress:1513 · Legal | -902.00 |
| 1500 · Work In Progress:1523 · Upsize from 10" to 12" 1950' | -35,550.00 |
| 1500 · Work In Progress:1527 · Development Fee | -73,190.40 |
| 1500 · Work In Progress:1532 · Huipu Dr - Roadway Repair plans | -50,023.60 |
| 1500 · Work In Progress:1535 · Maintenance / Operating | -113,150.00 |
| 1500 · Work In Progress:1595 · Misc. - Reimbursable | -358,319.68 |
| 1500 · Work In Progress:1599 · Misc. - Other | -371.42 |
| Net cash provided by Investing Activities | -745,869.46 |
| FINANCING ACTIVITIES | |
| 3000 · Equity:3001 · Equity - Pacific Links | 762,545.36 |
| Net cash provided by Financing Activities | 762,545.36 |
| Net cash increase for period | -9,502.10 |
| Cash at beginning of period | 11,392.55 |
| **Cash at end of period** | **1,890.45** |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 10 of 15

DEBTORS 009515 (Confidential)

11:21 AM
01/10/20
Accrual Basis

# Makaha Valley
## General Ledger
As of December 31, 2019

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **1000 · Cash** | | | | | | | | 7,860.95 |
| **1001 · First Hawaiian Bank (MDRE, LLC)** | | | | | | | | 7,860.95 |
| Bill Pmt -Check | 12/13/2019 | 1262 | Mitsunaga & Associates, Inc. | | 20000 · Accou... | | 31,293.60 | -23,432.65 |
| Bill Pmt -Check | 12/13/2019 | 1263 | PBR Hawaii & Associates, Inc. | Project# 02880.15 Inv # 57099 | 20000 · Accou... | | 1,020.94 | -24,453.59 |
| Bill Pmt -Check | 12/13/2019 | 1264 | Rudi H. Keawe | | 20000 · Accou... | | 6,400.00 | -30,853.59 |
| Bill Pmt -Check | 12/13/2019 | 1265 | Sage CRE Forms | | 20000 · Accou... | | 264.42 | -31,118.01 |
| Bill Pmt -Check | 12/13/2019 | 1266 | Stanford Carr Development, LLC | | 20000 · Accou... | | 26,186.98 | -57,304.99 |
| Bill Pmt -Check | 12/13/2019 | 1267 | Tsugawa Lau & Muzzi | Client # 030342 Inv # 15005 Billed through 10/25/19 | 20000 · Accou... | | 902.00 | -58,206.99 |
| Bill Pmt -Check | 12/13/2019 | 1268 | WCIT | | 20000 · Accou... | | 17,277.48 | -75,484.47 |
| Bill Pmt -Check | 12/15/2019 | 1259 | Rudi H. Keawe | | 20000 · Accou... | | 6,000.00 | -81,484.47 |
| Deposit | 12/19/2019 | | | Deposit | 3001 · Equity -... | 83,387.92 | | 1,903.45 |
| Check | 12/19/2019 | | | Service Charge | 1599 · Misc. - ... | | 13.00 | 1,890.45 |
| Total 1001 · First Hawaiian Bank (MDRE, LLC) | | | | | | 83,387.92 | 89,358.42 | 1,890.45 |
| **1000 · Cash - Other** | | | | | | | | 0.00 |
| Total 1000 · Cash - Other | | | | | | | | 0.00 |
| Total 1000 · Cash | | | | | | 83,387.92 | 89,358.42 | 1,890.45 |
| **15000 · Furniture and Equipment** | | | | | | | | 0.00 |
| Total 15000 · Furniture and Equipment | | | | | | | | 0.00 |
| **17000 · Accumulated Depreciation** | | | | | | | | 0.00 |
| Total 17000 · Accumulated Depreciation | | | | | | | | 0.00 |
| **1500 · Work In Progress** | | | | | | | | 5,735,231.63 |
| **1501-1 · Well Monitoring** | | | | | | | | 0.00 |
| Total 1501-1 · Well Monitoring | | | | | | | | 0.00 |
| **1501 · Wells Outfitting** | | | | | | | | 1,038,356.79 |
| Total 1501 · Wells Outfitting | | | | | | | | 1,038,356.79 |
| **1502 · Wells Outfitting Design** | | | | | | | | 27,023.30 |
| Total 1502 · Wells Outfitting Design | | | | | | | | 27,023.30 |
| **1503 · Wells Outfitting - Soils Engine** | | | | | | | | 34,941.36 |
| Total 1503 · Wells Outfitting - Soils Engine | | | | | | | | 34,941.36 |
| **1504 · Archaeological Monitoring Plan** | | | | | | | | 4,385.00 |
| Total 1504 · Archaeological Monitoring Plan | | | | | | | | 4,385.00 |
| **1505 · Archaeological Monitoring** | | | | | | | | 18,478.20 |
| Total 1505 · Archaeological Monitoring | | | | | | | | 18,478.20 |
| **1506 · Archaeological - Resort** | | | | | | | | 26,528.75 |
| Total 1506 · Archaeological - Resort | | | | | | | | 26,528.75 |
| **1507 · Engineering - Resort** | | | | | | | | 35,605.42 |
| Total 1507 · Engineering - Resort | | | | | | | | 35,605.42 |
| **1508 · Architectural - Resort** | | | | | | | | 243,080.60 |
| Total 1508 · Architectural - Resort | | | | | | | | 243,080.60 |
| **1509 · Engineering - West** | | | | | | | | 0.00 |
| Total 1509 · Engineering - West | | | | | | | | 0.00 |
| **1510 · Planning - Resort** | | | | | | | | 16,776.12 |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 11 of 15

DEBTORS 009516 (Confidential)

# Makaha Valley
## General Ledger
As of December 31, 2019

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Total 1510 · Planning - Resort | | | | | | | | 16,776.12 |
| **1511 · Timeshare - Resort** | | | | | | | | 0.00 |
| Total 1511 · Timeshare - Resort | | | | | | | | 0.00 |
| **1512 · Communication** | | | | | | | | 7,471.20 |
| Total 1512 · Communication | | | | | | | | 7,471.20 |
| **1513 · Legal** | | | | | | | | 3,150.69 |
| Total 1513 · Legal | | | | | | | | 3,150.69 |
| **1514 · Pothole Repairs** | | | | | | | | 0.00 |
| Total 1514 · Pothole Repairs | | | | | | | | 0.00 |
| **1515 · Irrigation water** | | | | | | | | 695.75 |
| Total 1515 · Irrigation water | | | | | | | | 695.75 |
| **1516 · Legal - Olamana RH** | | | | | | | | 5,608.90 |
| Total 1516 · Legal - Olamana RH | | | | | | | | 5,608.90 |
| **1517 · Lease Assignemnt Fee - Olomana** | | | | | | | | 0.00 |
| Total 1517 · Lease Assignemnt Fee - Olomana | | | | | | | | 0.00 |
| **1518 · Closing of Olomana / RH Sale** | | | | | | | | 0.00 |
| Total 1518 · Closing of Olomana / RH Sale | | | | | | | | 0.00 |
| **1519 · Kapolei Easement - Legal** | | | | | | | | 0.00 |
| Total 1519 · Kapolei Easement - Legal | | | | | | | | 0.00 |
| **1520 · 3/20/2016= Design & Permitting** | | | | | | | | 0.00 |
| Total 1520 · 3/20/2016= Design & Permitting | | | | | | | | 0.00 |
| **1521 · Demolition Work** | | | | | | | | 732,131.73 |
| Total 1521 · Demolition Work | | | | | | | | 732,131.73 |
| **1522 · 3/20/2016 Design & Permit (2)** | | | | | | | | 23,404.45 |
| Total 1522 · 3/20/2016 Design & Permit (2) | | | | | | | | 23,404.45 |
| **1523 · Upsize from 10" to 12" 1950'** | | | | | | | | 66,610.05 |
| Total 1523 · Upsize from 10" to 12" 1950' | | | | | | | | 66,610.05 |
| **1524 · Waterlines** | | | | | | | | 0.00 |
| Total 1524 · Waterlines | | | | | | | | 0.00 |
| **1525 · Makaha West - Electrical** | | | | | | | | 0.00 |
| Total 1525 · Makaha West - Electrical | | | | | | | | 0.00 |
| **1526 · Makaha Valley - Road electrical** | | | | | | | | 0.00 |
| Total 1526 · Makaha Valley - Road electrical | | | | | | | | 0.00 |
| **1527 · Development Fee** | | | | | | | | 241,524.71 |
| Total 1527 · Development Fee | | | | | | | | 241,524.71 |
| **1528 · Cultural Study** | | | | | | | | 47,120.40 |
| Total 1528 · Cultural Study | | | | | | | | 47,120.40 |
| **1529 · Nursery - Watershed** | | | | | | | | 94,691.43 |
| Total 1529 · Nursery - Watershed | | | | | | | | 94,691.43 |
| **1530 · Finance** | | | | | | | | 31,467.88 |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 12 of 15

DEBTORS 009517 (Confidential)

# Makaha Valley
## General Ledger
As of December 31, 2019

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Total 1530 · Finance | | | | | | | | 31,467.88 |
| **1532 · Huipu Dr - Roadway Repair plans** | | | | | | | | 64,823.60 |
| Total 1532 · Huipu Dr - Roadway Repair plans | | | | | | | | 64,823.60 |
| **1533 · Huipu Drive Repairs** | | | | | | | | 79,000.00 |
| Total 1533 · Huipu Drive Repairs | | | | | | | | 79,000.00 |
| **1535 · Maintenance / Operating** | | | | | | | | 191,671.21 |
| Bill | 12/10/2019 | 12331... | Rudi H. Keawe | 12/16-12/31/2019 | 20000 · Accou... | 3,840.00 | | 195,511.21 |
| Bill | 12/15/2019 | 12152... | Rudi H. Keawe | | 20000 · Accou... | 2,400.00 | | 197,911.21 |
| Bill | 12/15/2019 | 12012... | Rudi H. Keawe | | 20000 · Accou... | 3,600.00 | | 201,511.21 |
| Bill | 12/31/2019 | 12312... | Rudi H. Keawe | | 20000 · Accou... | 2,560.00 | | 204,071.21 |
| Total 1535 · Maintenance / Operating | | | | | | 12,400.00 | 0.00 | 204,071.21 |
| **1540 · Jade St. Sewer Improvements** | | | | | | | | 2,133,717.79 |
| Total 1540 · Jade St. Sewer Improvements | | | | | | | | 2,133,717.79 |
| **1542 · Jade St. - Soils Engineer** | | | | | | | | 37,672.76 |
| Total 1542 · Jade St. - Soils Engineer | | | | | | | | 37,672.76 |
| **1595 · Misc. - Reimbursable** | | | | | | | | 518,905.58 |
| Bill | 12/01/2019 | MGM... | Stanford Carr Development, LLC | | 20000 · Accou... | 26,178.00 | | 545,083.58 |
| Total 1595 · Misc. - Reimbursable | | | | | | 26,178.00 | 0.00 | 545,083.58 |
| **1599 · Misc. - Other** | | | | | | | | 10,387.96 |
| Check | 12/19/2019 | | | Service Charge | 1001 · First H... | 13.00 | | 10,400.96 |
| Total 1599 · Misc. - Other | | | | | | 13.00 | 0.00 | 10,400.96 |
| **1500 · Work In Progress - Other** | | | | | | | | 0.00 |
| Total 1500 · Work In Progress - Other | | | | | | | | 0.00 |
| Total 1500 · Work In Progress | | | | | | 38,591.00 | 0.00 | 5,773,822.63 |
| **20000 · Accounts Payable** | | | | | | | | -24,589.42 |
| Bill | 12/01/2019 | MGM... | Stanford Carr Development, LLC | | 1595 · Misc. - ... | | 26,178.00 | -50,767.42 |
| Bill | 12/10/2019 | 12331... | Rudi H. Keawe | 12/16-12/31/2019 | 1535 · Mainte... | | 3,840.00 | -54,607.42 |
| Bill Pmt -Check | 12/13/2019 | 1262 | Mitsunaga & Associates, Inc. | | 1001 · First H... | 31,293.60 | | -23,313.82 |
| Bill Pmt -Check | 12/13/2019 | 1263 | PBR Hawaii & Associates, Inc. | Project# 02880.15 Inv # 57099 | 1001 · First H... | 1,020.94 | | -22,292.88 |
| Bill Pmt -Check | 12/13/2019 | 1264 | Rudi H. Keawe | | 1001 · First H... | 6,400.00 | | -15,892.88 |
| Bill Pmt -Check | 12/13/2019 | 1265 | Sage CRE Forms | | 1001 · First H... | 264.42 | | -15,628.46 |
| Bill Pmt -Check | 12/13/2019 | 1266 | Stanford Carr Development, LLC | | 1001 · First H... | 26,186.98 | | 10,558.52 |
| Bill Pmt -Check | 12/13/2019 | 1267 | Tsugawa Lau & Muzzi | Client # 030342 Inv # 15005 Billed through 10/25/19 | 1001 · First H... | 902.00 | | 11,460.52 |
| Bill Pmt -Check | 12/13/2019 | 1268 | WCIT | | 1001 · First H... | 17,277.48 | | 28,738.00 |
| Bill | 12/15/2019 | 12152... | Rudi H. Keawe | | 1535 · Mainte... | | 2,400.00 | 26,338.00 |
| Bill | 12/15/2019 | 12012... | Rudi H. Keawe | | 1535 · Mainte... | | 3,600.00 | 22,738.00 |
| Bill Pmt -Check | 12/15/2019 | 1259 | Rudi H. Keawe | | 1001 · First H... | 6,000.00 | | 28,738.00 |
| Bill | 12/31/2019 | 12312... | Rudi H. Keawe | | 1535 · Mainte... | | 2,560.00 | 26,178.00 |
| Total 20000 · Accounts Payable | | | | | | 89,345.42 | 38,578.00 | 26,178.00 |
| **25500 · Sales Tax Payable** | | | | | | | | 0.00 |
| Total 25500 · Sales Tax Payable | | | | | | | | 0.00 |
| **3000 · Equity** | | | | | | | | -5,728,503.16 |
| **3001 · Equity - Pacific Links** | | | | | | | | -5,728,503.16 |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 13 of 15
DEBTORS 009518 (Confidential)

# Makaha Valley
## General Ledger
As of December 31, 2019

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposit | 12/19/2019 | 12/19/... | Pacific Links | LD # 38 | 1001 · First H... | | 83,387.92 | -5,811,891.08 |
| Total 3001 · Equity - Pacific Links | | | | | | 0.00 | 83,387.92 | -5,811,891.08 |
| **3000 · Equity - Other** | | | | | | | | 0.00 |
| Total 3000 · Equity - Other | | | | | | | | 0.00 |
| Total 3000 · Equity | | | | | | 0.00 | 83,387.92 | -5,811,891.08 |
| **30000 · Opening Balance Equity** | | | | | | | | 0.00 |
| Total 30000 · Opening Balance Equity | | | | | | | | 0.00 |
| **30700 · Members Draw** | | | | | | | | 0.00 |
| Total 30700 · Members Draw | | | | | | | | 0.00 |
| **32000 · Members Equity** | | | | | | | | 10,000.00 |
| Total 32000 · Members Equity | | | | | | | | 10,000.00 |
| **42400 · Commission Income** | | | | | | | | 0.00 |
| Total 42400 · Commission Income | | | | | | | | 0.00 |
| **50300 · Commissions Paid** | | | | | | | | 0.00 |
| Total 50300 · Commissions Paid | | | | | | | | 0.00 |
| **60000 · Advertising and Promotion** | | | | | | | | 0.00 |
| Total 60000 · Advertising and Promotion | | | | | | | | 0.00 |
| **60200 · Automobile Expense** | | | | | | | | 0.00 |
| Total 60200 · Automobile Expense | | | | | | | | 0.00 |
| **60400 · Bank Service Charges** | | | | | | | | 0.00 |
| Total 60400 · Bank Service Charges | | | | | | | | 0.00 |
| **61000 · Business Licenses and Permits** | | | | | | | | 0.00 |
| Total 61000 · Business Licenses and Permits | | | | | | | | 0.00 |
| **61700 · Computer and Internet Expenses** | | | | | | | | Redacted |
| Total 61700 · Computer and Internet Expenses | | | | | | | | |
| **62000 · Continuing Education** | | | | | | | | |
| Total 62000 · Continuing Education | | | | | | | | |
| **62400 · Depreciation Expense** | | | | | | | | |
| Total 62400 · Depreciation Expense | | | | | | | | |
| **62500 · Dues and Subscriptions** | | | | | | | | |
| Total 62500 · Dues and Subscriptions | | | | | | | | |
| **63300 · Insurance Expense** | | | | | | | | |
| Total 63300 · Insurance Expense | | | | | | | | |
| **63400 · Interest Expense** | | | | | | | | 0.00 |
| Total 63400 · Interest Expense | | | | | | | | 0.00 |
| **64300 · Meals and Entertainment** | | | | | | | | 0.00 |
| Total 64300 · Meals and Entertainment | | | | | | | | 0.00 |
| **64900 · Office Supplies** | | | | | | | | 0.00 |
| Total 64900 · Office Supplies | | | | | | | | 0.00 |

11:21 AM

01/10/20

Accrual Basis

# Makaha Valley
## General Ledger
As of December 31, 2019

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **66500 · Postage and Delivery** | | | | | | | | 0.00 |
| Total 66500 · Postage and Delivery | | | | | | | | 0.00 |
| **66600 · Printing and Reproduction** | | | | | | | | 0.00 |
| Total 66600 · Printing and Reproduction | | | | | | | | 0.00 |
| **66700 · Professional Fees** | | | | | | | | 0.00 |
| Total 66700 · Professional Fees | | | | | | | | 0.00 |
| **66900 · Reconciliation Discrepancies** | | | | | | | | 0.00 |
| Total 66900 · Reconciliation Discrepancies | | | | | | | | 0.00 |
| **67100 · Rent Expense** | | | | | | | | 0.00 |
| Total 67100 · Rent Expense | | | | | | | | 0.00 |
| **67200 · Repairs and Maintenance** | | | | | | | | 0.00 |
| Total 67200 · Repairs and Maintenance | | | | | | | | 0.00 |
| **68100 · Telephone Expense** | | | | | | | | 0.00 |
| Total 68100 · Telephone Expense | | | | | | | | 0.00 |
| **68600 · Utilities** | | | | | | | | 0.00 |
| Total 68600 · Utilities | | | | | | | | 0.00 |
| **66800 · Pre-Development Mgmt fee** | | | | | | | | 0.00 |
| Total 66800 · Pre-Development Mgmt fee | | | | | | | | 0.00 |
| **80000 · Ask My Accountant** | | | | | | | | 0.00 |
| Total 80000 · Ask My Accountant | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| **TOTAL** | | | | | | **211,324.34** | **211,324.34** | **0.00** |

U.S. Bankruptcy Court - Hawaii #21-90009 Dkt # 101-9 Filed 04/13/22 Page 15 of 15

DEBTORS 009520 (Confidential)