**EXHIBIT 9**

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 101-11   Filed  04/13/22   Page 1 of 7



# Statement

# BUSINESS CHECKING

```
MDRE LLC                                              001
GENERAL CHEQUING ACCOUNT
C/O STANFORD CARR DEVELOPMENT LLC
1100 ALAKEA ST 27TH FLR
HONOLULU HI 968130000
```



Page 1 of 4

Statement Period: February 01, 2020 thru February 29, 2020

Number of Items Enclosed: 8    Account# edacte0711

Direct Inquiries or Report Errors to:
First Hawaiian Bank
MAIN BANKING CENTER
999 BISHOP ST
HONOLULU HI 96813
Phone: (808) 525-6340

It is important to examine your statement and report any discrepancies promptly. You must report any error involving electronic fund transfers for personal accounts within 60 days. For any other item, you will lose any claim against us for unauthorized signatures or alterations (and any claims for subsequent unauthorized signatures or alterations by the same wrongdoer) that you do not report within 30 days after the first statement showing that item is made available.

## SUMMARY - BUSINESS CHECKING    Account # edacte0711

| | | |
|---|---|---|
| Balance at Beginning of this Statement Period on 02/01/2020 | $ | 1,890.45 |
| Plus: Deposits and Other Credits Totaling | + | 70,669.86 |
| Less: Checks and Other Debits/Withdrawals Totaling | - | 70,682.86 |
| Balance at End of this Statement Period on 02/29/2020 | $ | 1,877.45 |

For this Statement Period:

| | | |
|---|---|---|
| Average Balance | $ | 23,583.16 |
| Minimum Balance | $ | 1,877.45 |

Monthly Item Activity (Accountholders entitled to 100 items free)
    8 Checks Written +    0 Deposit Tickets +    0 Deposit Items =    8
Items Charged This Month:    0

## CHECKS PAID

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 02/11/20 | 1269 | 43,668.00 | 02/07/20 | 1273 | 257.59 |
| 02/05/20 | 1270 | 1,470.15 | 02/11/20 | 1274 | 11,099.47 |
| 02/05/20 | 1271 | 34.65 | 02/24/20 | 1275 | 6,000.00 |
| 02/12/20 | 1272 | 2,140.00 | 02/10/20 | 1276 | 6,000.00 |



Member FDIC    See the reverse side of page 1 of this statement for: How to Read Your Statement, Reconciliation Form, and In Case of Errors or Questions About Your Electronic Funds Transfers.    TAB CM-2102 (Rev. 11/01/14)

1-3

U.S. Bankruptcy Court - Hawaii    #21-90009    Dkt # 101-11    Filed 04/13/22    Page 2 of 7
EXHIBIT 9
DEBTORS 009687 (Confidential)

 First Hawaiian Bank.

**Statement**

## HOW TO READ YOUR STATEMENT

Definition of Terms:

Combined Account Information: summarizes all of the accounts covered by this statement.
Combined Balance: is the sum of all accounts covered.
Account Summary: summarizes all activity during this statement period.
Account Activity: lists each debit and credit for that day in chronological order.

Note: Each account included on a combined statement is not necessarily owned by all of the account holder(s) listed on page 1 of this statement.

### RECONCILIATION OF YOUR ACCOUNT

| DEPOSITS NOT CREDITED ||
|---|---|
| Date | Amount |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

| CHECKS OUTSTANDING ||||||
|---|---|---|---|---|---|
| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | TOTAL $ |

### RECONCILIATION OF YOUR ACCOUNT

| ENTER ENDING BALANCE SHOWN ON THIS STATEMENT |  |
|---|---|
| ADD TOTAL DEPOSITS NOT CREDITED | + |
| SUBTOTAL | = |
| SUBTRACT TOTAL CHECKS OUTSTANDING | − |
| **TOTAL** | = |
| YOUR BALANCE |  |
| ADD INTEREST (IF ANY) | + |
| SUBTOTAL | = |
| SUBTRACT SERVICE CHARGE (IF ANY) | − |
| **TOTAL** (SHOULD AGREE WITH TOTAL ABOVE) | = |

---

**FOR AN UP-TO-DATE CHECKING ACCOUNT STATEMENT**

Get an AskAnyDay(SM) Statement at any First Hawaiian Bank Otto(SM) automated teller machine. It reports all activity in your account since your most recent monthly statement, up to the previous business day. A nominal fee for the statement will be charged to your checking account. FOR TODAY'S ACCOUNT BALANCE or other inquiries (such as whether a pre-authorized credit has been made), you may call the number listed on page 1 of your statement. Reconcile your checking account online. Go to www.fhb.com to enroll.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
(Applicable to Personal Accounts Only)

Call us or write to us at the telephone number and address shown on the first page of this statement as soon you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When reporting an error or requesting more information: 1) Tell us your name and account number. 2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. 3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 101-11   Filed  04/13/22   Page 3 of 7

DEBTORS 009688 (Confidential)

 **Statement**

# BUSINESS CHECKING



```
MDRE LLC
GENERAL CHEQUING ACCOUNT
C/O STANFORD CARR DEVELOPMENT LLC
1100 ALAKEA ST 27TH FLR
HONOLULU HI 968130000
```

Acct. # Redacted 0711

Page 2 of 4
Statement Period: February 01, 2020 thru February 29, 2020

## ACCOUNT ACTIVITY - OTHER DEBITS

| Posting Date | Transaction Description | Debit |
|---|---|---|
| 02/03/20 | Wire Transfer Fee Redacted | 13.00 |

## ACCOUNT ACTIVITY - CREDITS

| Posting Date | Transaction Description | Credit |
|---|---|---|
| 02/03/20 | Wire Transfer Credit Redacted | 70,669.86 |

## DAILY ACCOUNT BALANCE

| Posting Date | Account Balance | Posting Date | Account Balance |
|---|---|---|---|
| 01/31/20 | 1,890.45 | 02/10/20 | 64,784.92 |
| 02/03/20 | 72,547.31 | 02/11/20 | 10,017.45 |
| 02/05/20 | 71,042.51 | 02/12/20 | 7,877.45 |
| 02/07/20 | 70,784.92 | 02/24/20 | 1,877.45 |

 Member FDIC   See the reverse side of page 1 of this statement for: How to Read Your Statement, Reconciliation Form, and In Case of Errors or Questions About Your Electronic Funds Transfers.   TAB CM-2102 (Rev. 11/01/14)

2-3

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 101-11   Filed  04/13/22   Page 4 of 7

DEBTORS 009689 (Confidential)







1269, 2/11/2020, $43,668.00



1270, 2/5/2020, $1,470.15



1271, 2/5/2020, $34.65



1272, 2/12/2020, $2,140.00



1273, 2/7/2020, $257.59



1274, 2/11/2020, $11,099.47





1275, 2/24/2020, $6,000.00



1276, 2/10/2020, $6,000.00