Filer's Name, Address, Phone, email:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

| Debtor(s): | Case No.: |
|---|---|
| Plaintiff(s)/Movant(s):<br><br>*(Use "et al." for multiple parties)* | Adversary Proceeding No.: |
| Defendant(s)/Respondent(s):<br><br>*(Use "et al." for multiple parties)* | Trial/Hearing Date: |

## <u>ACKNOWLEDGEMENT TO PROCEED TO TRIAL</u>

**1. Party represented**: _____

**2. Trial readiness** *[check one]:*

  I am prepared to proceed to trial as scheduled:

    Request for the following to appear remotely: _____

    Estimated length of the trial: _____ Number of witnesses expected to testify: _____

  The matter is proceeding to settlement:

    A stipulated judgment or dismissal is anticipated to be filed by: _____

    A motion to approve a settlement will be filed by: _____

  Other: _____

  _____

**3. Consent to entry of final orders or judgment by the bankruptcy court**:

  I consent.

  I do not consent.

  *(Regardless of consent or lack thereof, the bankruptcy court shall decide whether: (1) to hear and determine the proceeding, (2) to issue proposed findings of fact and conclusions of law, or (3) take some other action. Fed. R. Bankr. P. 7016(b).)*

Date: _____  /s/ _____