H7016P (5/2022)

Filer's Name, Address, Phone, email:

CASE LOMBARDI & PETTIT, A LAW CORPORATION
TED N. PETTIT (4287); MICHELLE J. CHAPMAN (9351); MARIA AMPARO V. MCCORMICK (10623)
737 Bishop Street, Suite 2600 Mauka Tower
Honolulu, Hawaii 96813
Telephone: (808) 547-5400 | Facsimile: (808) 523-1888
Attorneys for Defendant Tianjin Dinghui Hongjun Equity Investment Partnership

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

| Debtor(s): Pacific Links U.S. Holdings, Inc., et al. | Case No.: 21-00094 |
|---|---|
| Plaintiff(s)/Movant(s): Pacific Links U.S. Holdings, Inc., et al.<br>(Use "et al." for multiple parties)<br>Defendant(s)/Respondent(s): Tianjin Dinghui Hongjun Equity Investment Partnership<br>(Use "et al." for multiple parties) | Adversary Proceeding No.: 21-90009<br><br>Trial/Hearing Date: June 27, 2022 |

## ACKNOWLEDGEMENT TO PROCEED TO TRIAL

**1. Party represented**: Tianjin Dinghui Hongjun Equity Investment Partnership

**2. Trial readiness** *[check one]*:

☒ I am prepared to proceed to trial as scheduled:

☒ Request for the following to appear remotely: Xiaodong Yang

Estimated length of the trial: 3 days    Number of witnesses expected to testify: 3

☐ The matter is proceeding to settlement:

☐ A stipulated judgment or dismissal is anticipated to be filed by: _____

☐ A motion to approve a settlement will be filed by: _____

☐ Other: _____

**3. Consent to entry of final orders or judgment by the bankruptcy court**:

☒ I consent.

☐ I do not consent.

*(Regardless of consent or lack thereof, the bankruptcy court shall decide whether: (1) to hear and determine the proceeding, (2) to issue proposed findings of fact and conclusions of law, or (3) take some other action. Fed. R. Bankr. P. 7016(b).)*

Date: May 24, 2022                    /s/ Ted N. Pettit