CASE LOMBARDI & PETTIT
A LAW CORPORATION

| | |
|---|---|
| TED N. PETTIT | 4287 |
| Email: tnp@caselombardi.com | |
| MARK G. VALENCIA | 6783 |
| Email: mgv@caselombardi.com | |
| MICHELLE J. CHAPMAN | 9351 |
| Email: mjc@caselombardi.com | |
| MARIA AMPARO V. MCCORMICK | 10623 |
| Email: mav@caselombardi.com | |

737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Phone: (808) 547-5400 | Fax: (808) 523-1888

Attorneys for Defendant
Tianjin Dinghui Hongjun Equity Investment Partnership

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>Debtor. | Case No. 21-00094<br>(Chapter 11)<br>(Jointly Administered – Lead Case) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |
| PACIFIC LINKS US HOLDINGS, INC., et al.,<br><br>Plaintiffs<br>vs.<br><br>TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>Defendant. | Adversary Proceeding No. 21-90009<br><br>**DEFENDANT TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP'S OBJECTIONS TO PLAINTIFFS' EVIDENCE FOR TRIAL** |

# DEFENDANT TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP'S OBJECTIONS TO PLAINTIFFS' EVIDENCE FOR TRIAL

Defendant TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP, by and through its attorneys, Case Lombardi & Pettit, A Law Corporation, and in accordance with this Court's [Dkt. 31] Scheduling Order, filed June 27, 2021, hereby objects to portions of the evidence submitted for trial by Plaintiffs PACIFIC LINKS U.S. HOLDINGS, INC., HAWAII MVCC LLC, HAWAII MGCW LLC, MDRE LLC, MDRE 2 LLC, MDRE 3 LLC, MDRE 4 LLC, and MDRE 5 LLC for trial. Defendant respectfully requests that the Court strike the objectionable and speculative portions of evidence as specifically set forth below.

## I. DECLARATION OF HARRY CHANG

| Pg. | ¶ | Regarding | Objection(s) |
|---|---|---|---|
| 2-3 | 4 | Alleged acquisition history re: the Makaha Property | Lacks foundation, facts not in evidence, misleading |
| 6 | 17 | Alleged historical operations of MVCC, 2019 income/expenses | Lacks foundation |
| 7 | 26 | Alleged historical operations of MGVW, 2019 income/expenses | Lacks foundation |
| 9 | 36 | Alleged "shortfall" for the Makaha Property development | Lacks foundation, misleading |
| 9 | 37 | Alleged expenses of MDRE | Lacks foundation, misleading |
| 10 | 44 | Alleged income and expenses of MDRE 2 | Lacks foundation, misleading |
| 10 | 46 | Alleged tax assessed value of MDRE 3 Real Property | Lacks foundation, facts not in evidence |
| 10 | 47 | Alleged income and expenses of MDRE 3 | Lacks foundation, misleading |
| 11 | 49 | Alleged tax assessed value for MDRE 4 Real Properties | Lacks foundation, facts not in evidence |

2

| | | | |
|---|---|---|---|
| 11 | 51 | Alleged income and expenses of MDRE 4 | Lacks foundation, misleading |
| 13 | 61 | Alleged collective tax assessed values for Makaha Property | Lacks foundation, facts not in evidence |
| 13 | 63 | Alleged listing of Makaha Property for sale in October 2019 | Misleading, misstates evidence |
| 13 | 65 | Alleged listing of Makaha Property for sale in October 2019, alleged recommended listing price | Hearsay, misstates evidence, improper opinion |
| 14 | 70 | Alleged value received for Framework Agreement | Vague, misstates evidence, legal conclusion as to "value" |
| 15 | 78 | Alleged value received for Secured Guaranty | Vague, misstates evidence, legal conclusion as to "value" |
| 16 | 84 | Alleged value received for PLUSH Pledge Agreement | Vague, misstates evidence, legal conclusion as to "value" |
| 17 | 88 | Alleged 2019 Loan requirements re: Mortgages | Lacks foundation, misstates evidence |
| 18 | 95 | Alleged value received for MVCC Mortgage | Vague, misstates evidence, legal conclusion as to "value" |
| 18 | 98 | Alleged value received for MGCW Mortgage | Vague, misstates evidence, legal conclusion as to "value" |
| 19 | 101 | Alleged value received for MDRE Mortgage | Vague, misstates evidence, legal conclusion as to "value" |
| 19 | 104 | Alleged value received for MDRE 2 Mortgage | Vague, misstates evidence, legal conclusion as to "value" |
| 19 | 107 | Alleged value received for MDRE 4 Mortgage | Vague, misstates evidence, legal conclusion as to "value" |
| 20 | 110 | Alleged value received for MDRE 5 Mortgage | Vague, misstates evidence, legal conclusion as to "value" |
| 20 | 113 | Alleged impact of contingent joint and several liability on financial position of Plaintiffs | Lacks foundation |
| 20 | 114 | Alleged loan options for Plaintiffs | Lacks foundation, speculation |
| 21 | 116 | Alleged collective cash flow and debts of Plaintiffs | Lacks foundation |
| 21 | 117 | Alleged reliance on equity infusions/additional paid in capital for "operating shortfalls" | Misleading, misstates evidence as to "operating shortfalls" versus "shortfall" based on |

| | | | budgeted expenditures |
|---|---|---|---|
| 22 | 122 | Alleged forecasted "revenue shortfalls" | Misleading, misstates evidence as to "revenue shortfalls" versus "shortfall" based on budgeted expenditures |
| 22 | 122 | Alleged change in established routine of equity infusions from Pacific Links related China entities | Hearsay, misleading, misstates evidence as to "revenue shortfalls" versus "shortfall" based on budgeted expenditures |
| 23 | 125 | Alleged decision to halt Makaha development | Misleading, misstates evidence |
| 23 | 126 | Alleged content of Exhibit 46 | Misleading, misstates evidence |
| 23 | 127 | Alleged decision to halt Makaha development | Lacks foundation, hearsay, misleading, misstates evidence |
| 24 | 131 | Alleged content of Exhibit 48 | Misstates evidence |
| 24 | 132 | Alleged content of Exhibit 50 | Misstates evidence |
| 24 | 134-135 | Alleged lack of sales of interests in Makaha Property | Lacks foundation, misstates evidence |
| 24 | 136 | Alleged financial deterioration in January, February 2020 | Lacks foundation, misleading |
| 24 | 137 | Alleged content of Exhibit 53 | Misstates evidence (re non-party PLUSS employees), misleading |
| 26 | 146 | Alleged reason for retroactive adjustments to PLUSH balance sheet relating to intercompany transfers | Lacks foundation |
| 26 | 148 | Alleged reason for retroactive adjustments to MVCC balance sheet relating to intercompany transfers | Lacks foundation |
| 27 | 150 | Alleged reason for retroactive adjustments to MGCW balance sheet relating to intercompany transfers | Lacks foundation |
| 27 | 152 | Alleged reason for retroactive adjustments to MDRE balance sheet relating to intercompany transfers | Lacks foundation |

| 28 | 154 | Alleged reason for retroactive adjustments to MDRE 2 balance sheet relating to intercompany transfers | Lacks foundation |
| --- | --- | --- | --- |
| 28 | 155 | Alleged reason for retroactive adjustments to MDRE 3 balance sheet relating to intercompany transfers | Lacks foundation |
| 28 | 157 | Alleged reason for retroactive adjustments to MDRE 4 balance sheet relating to intercompany transfers | Lacks foundation |
| 29 | 159 | Alleged reason for retroactive adjustments to MDRE 5 balance sheet relating to intercompany transfers | Lacks foundation |

## II.  DECLARATION OF DUANE SEABOLT

| Pg. | ¶ | Regarding | Objection(s) |
| --- | --- | --- | --- |
| 3 | 16 | Summary of entities | Misleading (re non-party PLUSS defined as PLUSH) |
| 4-7 | 17-24 | Summary of opinions | Lacks foundation, misleading, misstates evidence (re: property and $57 million obligation), improper opinions, legal conclusions |
| 8 | 31 | Alleged amount of debt in U.S. Dollars | Improper opinion – insufficient facts/data, incorrect conversion rate |
| 10 | 36 | Alleged information from "management representative" of non-party | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 10 | 38 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 10 | 39 | Alleged reason for retroactive adjustments to PLUSH balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable |

30874/2/3782857.2

| | | | principles/methods |
|---|---|---|---|
| 11 | 40-41 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 11 | 42-43 | Assumptions based on representations of PLUSH to retroactively reduce assets | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 11 | 44 | Addition of inflated alleged debt to PLUSH liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 11 | 45 | Opinion re: alleged PLUSH "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 12 | 47 | Alleged fact with no source | Lacks foundation |
| 12 | 49 | Opinion re: alleged PLUSH "income statement" insolvency if counting expenses of others and not counting all sources of funds | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, speculation |
| 12-13 | 50-51 | Alleged business operations, working capital and expenses of PLUSH | Lacks foundation, improper opinion – insufficient facts/data |
| 13 | 52 | Opinion re: alleged PLUSH "unreasonable amount of capital" insolvency after adjustments to reduce assets and increase liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, lacks foundation, speculation |
| 13 | 53 | Alleged amount of debt in U.S. Dollars, amount due as of date | Improper opinion – insufficient facts/data |
| 14 | 54 | Alleged 2019 and 2020 financial position of PLUSH | Improper opinion – insufficient facts/data, unreliable principles/methods, speculation |
| 14 | 55 | Alleged ability of PLUSH to pay "the obligation" | Improper opinion – insufficient facts/data, unreliable principles/methods, vague, misleading |
| 15 | 57 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient |

6

30874/2/3782857.2
U.S. Bankruptcy Court - Hawaii    #21-90009    Dkt # 168    Filed  06/13/22    Page 6 of 15

| | | | facts/data |
|---|---|---|---|
| 15 | 59 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 16 | 60-61 | Alleged reason for retroactive adjustments to MVCC balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 16 | 63 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 16 | 64 | Addition of inflated alleged debt to MVCC liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 16 | 65-66 | Opinion re: alleged MVCC "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 17 | 67 | Alleged MVCC funding | Lacks foundation |
| 17 | 69 | Opinion re: alleged MVCC "income statement" insolvency using hindsight | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, speculation |
| 18 | 70-72 | Alleged business operations, working capital and expenses of MVCC | Lacks foundation, improper opinion – insufficient facts/data |
| 18-19 | 72-74 | Opinion re: alleged MVCC "unreasonable amount of capital" insolvency after adjustments to reduce assets and increase liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, lacks foundation, speculation, misstates evidence |
| 19 | 75-76 | Alleged amount of debt in U.S. Dollars, amount due as of date | Improper opinion – insufficient facts/data |
| 19 | 77-78 | Alleged ability of MVCC to pay "the obligation" | Improper opinion – insufficient facts/data, unreliable principles/methods, vague, misleading, lacks foundation |
| 19-20 | 79 | Alleged insufficient assets using tax assessed value and inflated | Improper opinion – insufficient facts/data, unreliable |

|   |   | debt amount | principles/methods |
|---|---|---|---|
| 20 | 80 | Alleged MVCC inability to obtain funding | Improper opinion – insufficient facts/data, unreliable principles/methods, lacks foundation, speculation |
| 20 | 82 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 21 | 84 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 21 | 85-86 | Alleged reason for retroactive adjustments to MGCW balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 21-22 | 87 | Alleged information from "management" and addition of inflated alleged debt to MGCW liabilities | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 22 | 88-89 | Opinion re: alleged MGCW "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 22 | 90 | Alleged MGCW funding | Lacks foundation |
| 23 | 92 | Opinion re: alleged MGCW "income statement" insolvency using hindsight | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, speculation |
| 23 | 93-94 | Alleged business operations, working capital and expenses of MGCW | Lacks foundation, improper opinion – insufficient facts/data |
| 24 | 94-96 | Opinion re: alleged MGCW "unreasonable amount of capital" insolvency after adjustments to reduce assets and increase liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, lacks foundation, speculation, misstates evidence |
| 24 | 97-98 | Alleged amount of debt in U.S. Dollars, amount due as of date | Improper opinion – insufficient facts/data |
| 24- | 99- | Alleged ability of MGCW to pay | Improper opinion – insufficient |

| | | | |
|---|---|---|---|
| 25 | 100 | "the obligation" | facts/data, unreliable principles/methods, vague, misleading, lacks foundation |
| 25 | 101 | Alleged insufficient assets using tax assessed value and inflated debt amount | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 25 | 102 | Alleged MGCW inability to obtain funding | Improper opinion – insufficient facts/data, unreliable principles/methods, lacks foundation, speculation |
| 26 | 104 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 26 | 106 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 26 | 107-108 | Alleged reason for retroactive adjustments to MDRE balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 27 | 109 | Alleged information from "management" and addition of inflated alleged debt to MDRE liabilities | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 27 | 110-111 | Opinion re: alleged MDRE "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 28 | 112 | Alleged MDRE funding | Lacks foundation |
| 28 | 114 | Opinion re: alleged MDRE "income statement" insolvency using hindsight | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, speculation |
| 28-29 | 115-116 | Alleged business operations, working capital and expenses of MDRE | Lacks foundation, improper opinion – insufficient facts/data |
| 29 | 116-118 | Opinion re: alleged MDRE "unreasonable amount of capital" insolvency after adjustments to | Improper opinion – insufficient facts/data, unreliable principles/methods, legal |

| | | reduce assets and increase liabilities | conclusion, lacks foundation, speculation, misstates evidence |
|---|---|---|---|
| 29-30 | 119-120 | Alleged amount of debt in U.S. Dollars, amount due as of date | Improper opinion – insufficient facts/data |
| 30 | 121-122 | Alleged ability of MDRE to pay "the obligation" | Improper opinion – insufficient facts/data, unreliable principles/methods, vague, misleading, lacks foundation |
| 30 | 123 | Alleged insufficient assets using tax assessed value and inflated debt amount | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 30 | 124 | Alleged MDRE inability to obtain funding | Improper opinion – insufficient facts/data, unreliable principles/methods, lacks foundation, speculation |
| 31 | 126 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 31 | 128 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 31-32 | 129-130 | Alleged reason for retroactive adjustments to MDRE 2 balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 32 | 131 | Alleged information from "management" and addition of inflated alleged debt to MDRE 2 liabilities | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 32 | 132-133 | Opinion re: alleged MDRE 2 "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 33 | 134 | Alleged MDRE 2 funding | Lacks foundation |
| 33 | 136 | Opinion re: alleged MDRE 2 "income statement" insolvency using hindsight | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, speculation |
| 33 | 137- | Alleged business operations, | Lacks foundation, improper |

10

| | 139 | working capital and expenses of MDRE 2 | opinion – insufficient facts/data |
|---|---|---|---|
| 34 | 139-142 | Opinion re: alleged MDRE 2 "unreasonable amount of capital" insolvency after adjustments to reduce assets and increase liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, lacks foundation, speculation, misstates evidence |
| 34 | 143-144 | Alleged amount of debt in U.S. Dollars, amount due as of date | Improper opinion – insufficient facts/data |
| 35 | 145-146 | Alleged ability of MDRE 2 to pay "the obligation" | Improper opinion – insufficient facts/data, unreliable principles/methods, vague, misleading, lacks foundation |
| 35 | 147 | Alleged insufficient assets using tax assessed value and inflated debt amount | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 35 | 148 | Alleged MDRE 2 inability to obtain funding | Improper opinion – insufficient facts/data, unreliable principles/methods, lacks foundation, speculation |
| 36 | 150 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 36-37 | 152-153 | Alleged information from "management" and alleged reason for retroactive adjustments to MDRE 3 balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 37 | 154 | Alleged information from "management" and addition of inflated alleged debt to MDRE 3 liabilities | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 37 | 155 | Opinion re: alleged MDRE 3 "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 37 | 156 | Alleged MDRE 3 funding | Lacks foundation |
| 38 | 159 | Opinion re: alleged MDRE 3 "income statement" insolvency using hindsight | Improper opinion – insufficient facts/data, unreliable principles/methods, legal |

| | | | conclusion, speculation |
|---|---|---|---|
| 38 | 160-161 | Alleged business operations, working capital and expenses of MDRE 3 | Lacks foundation, improper opinion – insufficient facts/data |
| 38-39 | 161-164 | Opinion re: alleged MDRE 3 "unreasonable amount of capital" insolvency after adjustments to reduce assets and increase liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, lacks foundation, speculation, misstates evidence |
| 39 | 165-166 | Alleged amount of debt in U.S. Dollars, amount due as of date and alleged ability of MDRE 3 to pay "the obligation" | Improper opinion – insufficient facts/data, unreliable principles/methods, vague, misleading, lacks foundation |
| 40 | 167 | Alleged insufficient assets using tax assessed value and inflated debt amount | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 40 | 168 | Alleged MDRE 3 inability to obtain funding | Improper opinion – insufficient facts/data, unreliable principles/methods, lacks foundation, speculation |
| 40 | 170 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 41 | 173 | Adjustment to property values | Improper opinion – unreliable principles/methods |
| 41 | 175-176 | Alleged information from "management" and alleged reason for retroactive adjustments to MDRE 4 balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 42 | 177-178 | Opinion re: alleged MDRE 4 "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 42 | 179 | Alleged MDRE 4 funding | Lacks foundation |
| 43 | 182 | Opinion re: alleged MDRE 4 "income statement" insolvency using hindsight | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, speculation |
| 43 | 183 | Alleged business operations, | Lacks foundation, improper |

12

30874/2/3782857.2

|  |  | working capital and expenses of MDRE 4 | opinion – insufficient facts/data |
|---|---|---|---|
| 43-44 | 184-186 | Opinion re: alleged MDRE 4 "unreasonable amount of capital" insolvency after adjustments to reduce assets and increase liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, lacks foundation, speculation, misstates evidence |
| 44 | 187-189 | Alleged amount of debt in U.S. Dollars, amount due as of date and alleged ability of MDRE 4 to pay "the obligation" | Improper opinion – insufficient facts/data, unreliable principles/methods, vague, misleading, lacks foundation |
| 44 | 190 | Alleged insufficient assets using tax assessed value and inflated debt amount | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 45 | 191 | Alleged MDRE 4 inability to obtain funding | Improper opinion – insufficient facts/data, unreliable principles/methods, lacks foundation, speculation |
| 45 | 193 | Alleged information from "management" | Lacks foundation, hearsay, improper opinion – insufficient facts/data |
| 46 | 195 | Alleged information from "management" and alleged reason for retroactive adjustments to MDRE 5 balance sheet | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 46 | 196 | Adjustment to property values | Improper opinion – unreliable principles/methods |
| 46 | 197 | Addition of inflated alleged debt to MDRE 5 liabilities | Lacks foundation, hearsay, improper opinion – insufficient facts/data, unreliable principles/methods |
| 47 | 198-199 | Opinion re: alleged MDRE 5 "balance sheet" insolvency after adjustments to values on balance sheet | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion |
| 47 | 200 | Alleged MDRE 5 funding | Lacks foundation |
| 47 | 201 | Opinion re: alleged MDRE 5 "income statement" insolvency using hindsight | Improper opinion – insufficient facts/data, unreliable principles/methods, legal |

| | | | conclusion, speculation |
|---|---|---|---|
| 47-48 | 202-203 | Alleged business operations, working capital and expenses of MDRE 5 | Lacks foundation, improper opinion – insufficient facts/data |
| 48 | 203-205 | Opinion re: alleged MDRE 5 "unreasonable amount of capital" insolvency after adjustments to reduce assets and increase liabilities | Improper opinion – insufficient facts/data, unreliable principles/methods, legal conclusion, lacks foundation, speculation, misstates evidence |
| 49 | 206-208 | Alleged amount of debt in U.S. Dollars, amount due as of date and alleged ability of MDRE 5 to pay "the obligation" | Improper opinion – insufficient facts/data, unreliable principles/methods, vague, misleading, lacks foundation |
| 49 | 209 | Alleged insufficient assets using tax assessed value and inflated debt amount | Improper opinion – insufficient facts/data, unreliable principles/methods |
| 49 | 210 | Alleged MDRE 5 inability to obtain funding | Improper opinion – insufficient facts/data, unreliable principles/methods, lacks foundation, speculation |

## III. **EXHIBITS**

| Exhibit | Description | Objection |
|---|---|---|
| P-27 | Spreadsheet summarizing tax assessed value of Makaha Property | Lacks foundation re certain components of proffered demonstrative |
| P-39 | October 2019 cash flow forecast | Irrelevant, cumulative |
| P-40 | November 2019 cash flow forecast | Irrelevant, cumulative |
| P-53 | PLUSS February 2020 employment change forms | Irrelevant |
| P-77 | TDH denied RFAs | Inadmissible |
| P-78 | Expert Report of Duane C. Seabolt | Improper opinions (foundation; insufficient facts and data; unreliable principles and methods), improper conclusions |

DATED: Honolulu, Hawaii, June 13, 2022.

/s/ Maria Amparo V. McCormick
TED N. PETTIT
MARK G. VALENCIA
MICHELLE J. CHAPMAN
MARIA AMPARO V. MCCORMICK
Attorneys for Defendant
TIANJIN DINGHUI HONGJUN EQUITY
INVESTMENT PARTNERSHIP