*Filer's Name, Address, Phone, Fax, Email:*

CASE LOMBARDI & PETTIT, A LAW CORPORATION
TED N. PETTIT (4287); MARK G. VALENCIA (6783);
MICHELLE J. CHAPMAN (9351); JAMES W. ROONEY
(11361)
Emails: tnp@caselombardi.com; mgv@caselombardi.com;
mjc@caselombardi.com; jwr@caselombardi.com
737 Bishop Street, Suite 2600 Mauka Tower
Honolulu, Hawaii 96813;
Phone: (808) 547-5400; Fax: (808) 523-1888

Attorneys for Defendant
Tianjin Dinghui Hongjun Equity Investment Partnership



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 BISHOP STREET, SUITE 250**
**HONOLULU, HI 96813**

| | | |
|---|---|---|
| Debtor(s): | Chapter: | Case No.: |
| Pacific Links U.S. Holdings, Inc., et al. | **11** | 21-00094 |

| | |
|---|---|
| *(If Adversary Proceeding)* Plaintiff(s): | A.P. No.: |
| Pacific Links U.S. Holdings, Inc., et al. | 21-90009 |

| | |
|---|---|
| *(If Adversary Proceeding)* Defendant(s): | Related Docket No.: |
| Tianjin Dinghui Hongjun Equity Investment Partnership | 206 |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

Tianjin Dinghui Hongjun Equity Investment Partnership (Limited Partnership)

2. Position of appellant(s) in adversary proceeding or bankruptcy case that is subject of this appeal:

For appeals in an adversary proceeding.

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Plaintiff
☒ Defendant
☐ Other (describe):

☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:

Final Judgment

2. State the date on which the judgment, order, or decree was entered: August 31, 2022

**Part 3: Identify the other parties to the appeal**

List the names of all the parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:

Pacific Links US Holdings, Inc.; Hawaii MVCC LLC; Hawaii MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC

Attorney:

Christopher J. Muzzi
Email: cmuzzi@hilaw.us
Tsugawa Lau & Muzzi, LLLC
1132 Bishop Street, Ste. 2400
Honolulu, HI 96813
Phone: 808.531.0490 | Fax : 808.534.0202

2. Party:

TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP)

Attorney:

TED N. PETTIT; MARK G. VALENCIA; MICHELLE J. CHAPMAN; JAMES W. ROONEY
Emails: tnp@caselombardi.com; mgv@caselombardi.com; mjc@caselombardi.com; jwr@caselombardi.com
CASE LOMBARDI & PETTIT, A LAW CORPORATION
737 Bishop Street, Suite 2600 Mauka Tower
Honolulu, Hawaii 96813
Phone: (808) 547-5400; Fax: (808) 523-1888

**Part 4: Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect(s) to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Ted N. Pettit

Date: September 14, 2022
_____

Signature of attorney for appellant(s) (or
appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

CASE LOMBARDI & PETTIT, A LAW CORPORATION
TED N. PETTIT (4287); MARK G. VALENCIA (6783); MICHELLE J. CHAPMAN (9351); JAMES W. ROONEY (11361)
Emails: tnp@caselombardi.com; mgv@caselombardi.com; mjc@caselombardi.com; jwr@caselombardi.com
737 Bishop Street, Suite 2600 Mauka Tower
Honolulu, Hawaii 96813;
Phone: (808) 547-5400; Fax: (808) 523-1888

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.