**Date Signed:**
**November 17, 2022**



SO ORDERED.

_____
Robert J. Faris
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>Debtor and<br>Debtor in Possession. | Case No. 21-00094<br>(Chapter 11)<br>(Jointly Administered) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |
| PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>Defendant. | Adversary Proceeding No. 21-90009<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR STAY PENDING APPEAL, FILED SEPTEMBER 14, 2022**<br><br>HEARING<br>Date:    October 21, 2022<br>Time:    10:00 a.m.<br>Judge:  Honorable Robert J. Faris<br><br>[*Related to Docket No. 210*] |

30874/2/3567523.3

## ORDER GRANTING DEFENDANT'S MOTION FOR
## STAY PENDING APPEAL, FILED SEPTEMBER 14, 2022

Defendant Tianjin Dinghui Hongjun Equity Investment Partnership's ("Defendant"), filed its Motion For Stay Pending Appeal, on September 14, 2022 (Dkt. 210) ("Motion"). Plaintiffs filed their Opposition to the Motion on October 7, 2022 (Dkt. 228). Defendant filed its Reply on October 14, 2022 (Dkt. 232). The Court filed its Tentative Ruling Granting Stay Pending Appeal on October 20, 2022 (Dkt. 234). The Motion came for hearing on October 21, 2022 at 10:00 a.m. before the Honorable Robert J. Faris, with Ted. N. Pettit, Esq. appearing on behalf of Defendant and Christopher J. Muzzi, Esq., Chuck C. Choi, Esq. and Allison A. Ito, Esq. appearing on behalf of Plaintiffs.

The Court having reviewed the Motion, Opposition, Reply and records and files, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED. Enforcement of the judgment in this adversary proceeding is stayed until twenty-eight days after the Bankruptcy Appellate Panel disposes of the appeal from the judgment. The court reserves jurisdiction to consider extending the stay at that point.

### END OF ORDER

U.S. Bankruptcy Court - Hawaii   #21-90009   Dkt # 243   Filed   11/17/22   Page 2 of 2